# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 07/09/2012 07:30 | | | Facility: | ALM |

**Reviewed by Santos, Elizabete D.O., Clinical Director on 07/10/2012 14:42.**

COPY

DATE: _____6/28/12_____

REPLY TO
ATTN. OF:    Utilization Review Committee

SUBJECT:    Outside Medical Care

TO:    Inmate _Furnari, Christopher_    Reg. No. _19815-054_

Release Date _11-24-44_    Unit _30_

The request for _Cardiothoracic Surgery_ has been reviewed by the
Utilization Review Committee (URC).

The URC has found that your medical condition and/or recommended medical procedure does:

(　) not meet the medical criteria as determined by the URC and is deferred at this time.   You
are advised to

    (　)  Follow up with Primary Care Provider

    (　) _____.

(　)  meets the medical criteria as determined by the URC and is approved.   An appointment
with an in-house consultant will be scheduled.

(X)  meets the medical criteria as determined by the URC and is approved.   An appointment
will be scheduled.

(　)  meet the medical criteria as determined by the URC and is pending approval by Regional
      Medical Director.

(　)  meet the medical criteria as determined by the Regional Medical Director and will be
scheduled.

(　)  not meet the medical criteria as determined by the Regional Medical Director and is
deferred at this time.

(　)  A transfer request, to a Federal Bureau of Prisons Medical Center has been submitted for
this procedure and/or medical care.

List of Committee members:_____

J. Butler, AW ; E. Santos, D.O. , Clinical Director ; J. Miller, M. D. , Medical Officer ; B. Buschman, M.D. Medical
Officer; D. Leonard, MD, Medical Officer ; K. DeWald HSA; R. Larkyn, AHSA; V. Ganoe, Chief  RPH ;  M.
Powanda, PA-C ;  J, Reid, PA-C IOP/ID Coordinator; R. Roces, PA;  S. Shadder, RN, IOP/ID Coordinator.

FCI Allenwood
P O Box 2500
White Deer, PA 17887

JUN-25-2012 MON 03:44 PM  SHS UTILIZATION REVIEW          FAX:570 321 2210          P. 003

00 19 11 002 #5019
Rev. 3/09

1981S-054

| DATE | | | |
|---|---|---|---|
| 6/25/12 | DOE ↑↑ c̄ O₂ desat. | | |
| | Cough ↑. | | |
| | | | |
| | 36 /76, 87/2L 115/56 | | |
| | HEENT ⊖ JVD | | |
| | CV Regular | | |
| | Chest BS + B/L No wheeze | | |
| | Abd Distended NT⊕BS | | |
| | Extr ⊖ Edema ⊕ pulses | | |
| | Neuro A+O ×3 | | |

FCI ALLENWOOD
P O BOX 2500
WHITE DEER, PA 17887

COPY

| MP | LUNA | Titrate off O₂ |
|---|---|---|
| | COPD | enzyme |
| | CAD + stent | PO Liquid |
| | HTN | SVN + NS |
| | Renal failure CKD III | Bowel regimen |
| | Anemia | Fe supp. |
| | CHF | PT / OT Mobile |
| | Hypoxia | ✓ labs, tomorrow |

Frequent periodical notations should be made by the attending doctor concerning patient's progress, complications, etc. All notations to be signed.

All paramedical Personnel must indicate their specialty underneath their signature.

**SUSQUEHANNA HEALTH**

☐ Divine Providence Hospital   ☐ Muncy Valley Hospital   ☐ Williamsport Hospital
☐ MVC Skilled Nursing Unit   ☐ Other:

**PROGRESS RECORD/NOTES**

Furnari, Christophe    6047049620
MR 224125              04/30/1924
DOS 06/20/2012    Adm  IP
Figueredo, Marius Sr    88Y  M

M___ owanda, PA-C
FCC Allenwood
6/27/12

PN0100

JUN-25-2012 MON 03:44 PM  SHS UTILIZATION REVIEW          FAX:570 321 2210          P. 004

40                                                    19815-059

## Susquehanna Health System

| Pt.Name: Furnari, Christopher A | | MR#: | 224129 |
|---|---|---|---|
| Room/Bed: | 64000 | Nurse Station: | 6W-PCU |
| DOB: | 04/30/1924 | Age/Sex: | 88Y/Male |
| Adm Date/Time: | 06/20/2012 | Attending: | Figueredo, Marius MD |
| Account#: | 6047949620 | | |
| Dx.: | PNEUMONIA ORGANISM NOS | | |
| Allergy: No Known Drug Allergies | | Transport Method: | Wheelchair |
| Ordering Physician: | Figueredo, Marius MD | SessionDateTime: | 06/25/2012 10:59 |

Laboratory

| Order No | Order As Written | Start Date/Time | Order Status |
|---|---|---|---|
| 21966783 | BASIC METABOLIC PANEL in AM Until Discontinued | 06/26/2012 05:00 | Active |
| 21966794 | CBC in AM Until Discontinued | 06/26/2012 05:00 | Active |

*Holly Bennett, uc 6/25/12 @ 1100*

COPY

FCI ALLENWOOD
P O BOX 2500
WHITE DEER, PA 17887

Furnari, Christophe    6047949620
MR 224129        04/30/1924
DOS 06/20 2012    Adm IP
Figueredo, Marius Br    88Y  M

Order Session Summary Report
CRE_TrialSusq_0125.RPT: Version 1.00

M. Pawanda, PA-C
FCI Allenwood
6/27/12

© 2004-2012 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited. All rights reserved.

JUN-25-2012 MON 03:44 PM  SHS UTILIZATION REVIEW          FAX:570 321 2210          P. 005

KEYSTONE DATA SYSTEMS, INC.
(570) 321-9940 (800) 326-7550

19815-254

MR-6035-A-24  11/10

Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated
with the order by the words  -  "DO NOT SUBSTITUTE"

| DATE/TIME ORDERED | DIAGNOSIS: |
| | ALLERGY: |

COPY

FCI ALLENWOOD
P O BOX 2500
WHITE DEER, PA 17887

| | SUSQUEHANNA HEALTH | |
|---|---|---|
| ☐ Divine Providence Hospital | ☐ Muncy Valley Hospital | ☐ The Williamsport Hospital |

**PHYSICIAN'S ORDERS**

Furlari, Christophe   6047949620
MR  :24129        04/30/1924
DOS 06/20/2012    Adm  IP
Figueredo, Marius Br   88Y  M

M. Powanda, PA-C
FCI Allenwood
6/21/12

JUN-25-2012 MON 03:44 PM  SHS UTILIZATION REVIEW                    FAX:570 321 2210           P. 006

Page 1 of 1

Orders1 - 13 of13

19815-054

▶ ASPIRIN BABY 81 MG PO TAB          06/25 07:50 ✓
  QDAY
  *Rx Note: TAKE WITH FOOD*
▶ DOXAZOSIN* (CARDURA*) 4 MG PO      06/25 22:00
  TAB QHS
▶ FAMOTIDINE (PEPCID) 20 MG PO       06/25 07:50 ✓
  TAB QDAY
▶ FINASTERIDE (PROSCAR) 5 MG PO      06/25 07:50 ✓
  TAB QDAY
  *Rx Note: BKC WASTE DRUG WASTE
  IN BLACK SHARPS*
▶ IPRATROPIUM 0.02% (ATROVENT        06/24 23:43 ✓
  0.02%) 0.5 MG Inh RQ8H             06/25 06:59 ✓  16:00
  *Clinician Dir: SVN PROTOCOL * GIVE
  WITH XOPENEX*
▶ IRON POLYSACCHARIDES               06/25 07:50 ✓  20:00
  COMPLEX (NIFEREX-150) 150 MG
  PO CAP BID
▶ ISOSORBIDE MONONITRATE             06/25 07:50 ✓  20:00
  (IMDUR) 30 MG PO SRTAB BID
  STAT and then Routine
▶ LEVALBUTEROL CONC (XOPENEX)        06/24 23:43 ✓
  1.25 MG Inh RQ8H                   06/25 06:59 ✓  16:00
  *Clinician Dir: SVN PROTOCOL*
▶ LEVOFLOXACIN 750MG/150ML D5W       06/25 04:20 ✓
  150ML IV Q48H
▶ LISINOPRIL* (PRINIVIL*) 20 MG PO   06/25 07:50 ✓
  TAB QDAY
▶ METOPROLOL TARTRATE*               06/25 07:50 ✓  20:00
  (LOPRESSOR*) 12.5 MG PO TAB
  BID
▶ SENNA-S (PERI-COLACE) 1 TAB PO     06/25 07:50 ✓  20:00
  TAB BID
▶ SIMVASTATIN (ZOCOR) 40 MG PO       06/25 22:00
  TAB QHS
  *Rx Note: AVOID LARGE AMTS OF
  GRAPEFRUIT JUICE*

FCI ALLENWOOD
P O BOX 2500
WHITE DEER, PA 17887

M. Ramonda, PA-C
FCI Allenwood
6/27/12

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/28/2012 10:31 | | | Facility: | ALM |

Reviewed by Santos, Elizabete D.O., Clinical Director on 06/29/2012 10:28.

COPY

00 15 11 011 #5265
Rev. 2/10/11

198 15 054

**PHYSICIAN SPECIAL CARE INSTRUCTIONS**

Discharge Date: 6/26/12.   Time 3 pm

Discharged to: Allenwood via FCC

O See Discharge medication instructions.

O See Pre-printed Physician Discharge Instructions

**Bathing Allowed**  O No restrictions
O Shower      O Tub Bath      O Sponge Bath

**Activity Allowed**   O No Restrictions
O Sitting   O Driving   O Stairs   O Exercise
O Sexual Activity
O Weight Bearing Status _____
O Do Not Lift Over _____ pounds

**May Return to Work** _As tolerated_ !

**Diet:** O As Tolerated
O _____

### PATIENT CARE INSTRUCTIONS
O See pre-printed instructions
O See Discharge Instructions – Referral Form
O See Discharge Instruction – Nursing Care Plan
⊕ Do not smoke tobacco (cigarettes, cigars, or pipes) or use smokeless tobacco (chew or snuff). Tobacco hurts your health. Even being near someone who smokes hurts your health. Tobacco hurts your lungs, heart, blood vessels, and brain. Tobacco keeps wounds from healing well.
If you smoke and would like to quit, we want to help you! Call: 1-800-264-1290 for more information.

### EQUIPMENT / SUPPLIES

COPY

**Other Instructions:**
_____

Keep vaccine and medication records up to date

### COMMUNITY RESOURCES

**APPOINTMENTS / OUTPATIENT SERVICES**
It is very important for you to make / keep the following appointment(s) with your doctor:

### NUTRITION CARE INSTRUCTIONS

RN Signature: _Natasha Caceres RN_
Date 6/26/12  Time 1500
Patient Signature: X _C. Furnari_
Date 6/26/12  Time 1500

Physician Signature: _____
Date 6/26/12  Time 3 pm

**SUSQUEHANNA HEALTH**
[] Divine Providence Hospital [] Muncy Valley Hospital
[] Williamsport Hospital

**Discharge Instructions- Physician Plan of Care**
Page 1 of 1



Furnari, Christopher
MR 224129          04/30/1924
DOS 06/20/2012    Adm IP
Figueredo, Marius Br   88Y M

F.C.I. Allenwood
P.O. Box 3500
White Deer, PA 17887



*DS0111*

19815-054

# Susquehanna Health
The art of caring. The science of healing.

## MEDICATION AND DISCHARGE INSTRUCTIONS

Share this form with your Primary Care Physician and Pharmacy and keep this list
with you as your personal medication record

| | | |
|---|---|---|
| **Patient Name:** Furnari, Christopher A | **MRN:** 224129 | **Location:** T6W-PCU 64000 |
| **Date of Birth:** 04/30/1924 | **Acct No:** 6047949620 | **Attending Dr:** Figueredo, Marius MD |
| **Admit Date:** 06/20/2012  7:35 pm | **Age / Sex:** 88Y / Male | **Family Dr:** PRISON DOC PEGOS |

**Allergies:**     No Known Drug Allergies

**If you have questions about your medications, please ask your physician or nurse.**

TAKE THESE MEDICATIONS AFTER DISCHARGE FROM HOSPITAL

COPY

**Next Dose Due**

aspirin 81 mg Tablet, Chewable 1 tablet oral daily every morning     6|27

docusate sodium 100 mg Capsule 1 capsule oral twice a day     6|26

*hold for diarrhea*

doxazosin 4 mg Tablet 1 tablet oral daily at bedtime     6|26

finasteride 5 mg Tablet 1 tablet oral daily     6|27

fluticasone 220 mcg Aerosol 2 puff by inhalation twice a day     6|26

isosorbide mononitrate 10 mg Tablet 3 tablet oral twice a day     6|26

metoprolol tartrate 25 mg Tablet 0.5 tablet oral twice a day     6|26

lisinopril 20 mg Tablet 1 tablet oral daily     6|27

ranitidine HCl 150 mg Tablet 1 tablet oral twice a day     6|26

simvastatin 40 mg Tablet 1 tablet oral daily at bedtime     6|26

levofloxacin 500 mg Tablet 1 tablet oral every other day     6|26

oxygen by inhalation @ 2l/min qhs     bedtime

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

M. Pomanda, PA-C
FCO Allenwood
6/20/12
- Spoke 2 Physician (welcome)
- state he already reviews
this

____ Initals - Signature on Last Page

Original to Chart        Copy to Patient        Page 1 of 3        Instruction Print Date/Time: 6/26/2012 2:18:50PM

# Susquehanna Health
The art of caring. The science of healing.

19815-054

## MEDICATION AND DISCHARGE INSTRUCTIONS

Share this form with your Primary Care Physician and Pharmacy and keep this list
with you as your personal medication record

| | | |
|---|---|---|
| **Patient Name:** Furnari, Christopher A | **MRN:** 224129 | **Location:** T6W-PCU 64000 |
| **Date of Birth:** 04/30/1924 | **Acct No:** 6047949620 | **Attending Dr:** Figueredo, Marius MD |
| **Admit Date:** 06/20/2012  7:35 pm | **Age / Sex:** 88Y / Male | **Family Dr:** PRISON DOC PEGOS |

**Allergies:**     No Known Drug Allergies

### TAKE THESE MEDICATIONS AS NEEDED

COPY

**Next Dose Due**

**albuterol sulfate** 90 mcg HFA Aerosol Inhaler 2 puff by inhalation every
four hours as needed Reason: shortness of breath

*as needed*

**ipratropium-albuterol** unknown Aerosol 2 puff by inhalation every four
hours as needed Reason: shortness of breath

*as needed*

**nitroglycerin** 0.4 mg Tablet, Sublingual 1 tablet sublingual every 5 mins
x 3 as needed Reason: chest pain

*as needed*

*Place one tablet under tongue for chest pain-may repeat every 5 min x 2 if
needed. If no relief, contact medical staff*

*Get prompt medical attention if any appearance of new symptoms. Return to, or contact your physician immediately if
your condition worsens or changes unexpectedly, if not improving as expected, or other problems arise.*

### SMOKING CESSATION

Do not smoke tobacco (cigarettes, cigars, or pipes) or use smokeless tobacco (chew or snuff). Tobacco hurts your health. Even
being near someone who smokes hurts your health. Tobacco hurts your lungs, heart, blood vessels, and brain. Tobacco keeps
wounds from healing well. If you smoke and would like to quit, we would like to help you. Call 1-800-264-1290 for more
information.

### DISCHARGE INSTRUCTION COMMUNICATION

**Instructions Given To:**

**Medication and Discharge Instructions Electronically Signed By**
Marius Figueredo, MD

**Date/Time**
6/26/12  1:51 pm

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

M. Pananda, PA-C
FCI Allenwood
6/28/12

nc    **Initals - Signature on Last Page**

19815-054

00 25 11 108 #5164 Rev. 5/10

| Article | On Admission | On Transfer | On Transfer | On Transfer | On Transfer | On Discharge |
|---|---|---|---|---|---|---|
| Date | 6-20-12 | 6/20/12 | | | | 6/26/12 |
| Time | 2140 | 2520 | | | | 1500 |
| Partial (Upper) | | | | | | |
| Partial (Lower) | | | | | | |
| Dentures (Lower) | | | | | | |
| Dentures (Upper) | | | | | | |
| Eye Glasses | | | | | | |
| Contacts | | | | | | |
| Hearing Aide R=Right L=Left | | | | | | |
| Prosthesis | | | | | | |
| Assistive Device | | | | | | |
| Jewelry | Watch | watch | | | | watch |
| Other | pants | pants | | | | pants |
| | Top | Top | | | | Top |
| | Shoes | Shoes | | | | shoes |
| Signatures | Underwear | (including Kill Johnson RN | | | | underwear |
| | Room Number | Room 640 Number | Room Number | Room Number | Room Number | M Gacher |

Susquehanna Health cannot accept responsibility for personal property or money kept by the patient during their hospitalization. All valuables should be taken home by a family member or placed in the hospital vault for safekeeping. The nursing staff can arrange for deposit of specific valuables in the vault. The hospital cannot accept responsibility for property or money brought in after execution of this document.

**Admission:**

I take full responsibility for retaining in my possession the articles listed above, for those items stored in the safe and any other brought to me while a patient in the hospital.

Signed: _Fusari_
Patient or Responsible Person

Witnessed By: _MacAbe_
Staff Member

**Discharge:**

I take full responsibility for receiving in my possession the articles listed above, for those items stored in the safe and any other brought to me while a patient in the hospital.

Signed: _C Fusari_
Patient or Responsible Person

Witnessed By: _MacAbe_
Staff Member

**Please attach valuable envelope stub to this sheet**

**SUSQUEHANNA HEALTH**

Divine Providence Hospital     Muncy Valley Hospital     The Williamsport Hospital

*Patient's Belongings and Valuables*

Page 1 of 1

Furnari, Christophe
MR 224129          6047949620
DOS 06/20/2012    04/30/1924
88Y M               Eme OP




M. Rowanda
FCC Allenwood

LE0134

19815-054

## Susquehanna Health
The art of caring. The science of healing.

## MEDICATION AND DISCHARGE INSTRUCTIONS

Share this form with your Primary Care Physician and Pharmacy and keep this list
with you as your personal medication record

| | | |
|---|---|---|
| Patient Name: Furnari, Christopher A | MRN: 224129 | Location: T6W-PCU 64000 |
| Date of Birth: 04/30/1924 | Acct No: 6047949620 | Attending Dr: Figueredo, Marius MD |
| Admit Date: 06/20/2012  7:35 pm | Age / Sex: 88Y / Male | Family Dr: PRISON DOC PEGOS |

| Allergies: | No Known Drug Allergies |
|---|---|

Signature of Patient or Authorized Decision Maker     Date  10/26/12    Time  1500

*Christopher Furnari*

Relationship to Patient (if Other than Patient)     ___ Patient unable to sign or verbalize understanding

*Natasha Caceres RN*     Date 10/26/12    Time 1500

Registered Nurse Signature     Date     Time

NC

Initials

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

M. ___anda, PA-C
FCI Allenwood

NC   Initals - Signature on Last Page

| | | | |
|---|---|---|---|
| Original to Chart | Copy to Patient | Page 3 of 3 | Instruction Print Date/Time: 6/26/2012 2:18:50PM |

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/28/2012 08:59 | | | Facility: | ALM |

Reviewed by Santos, Elizabete D.O., Clinical Director on 06/29/2012 10:05.

COPY

Reg. No. 19815-054
Unit: 3B
Page 1
Name: Furnari, Christopher

### Letter to Patient

The US Preventative Services Task Force recommends that every
male age 65-75 who has ever been a smoker, even short term, be
screened for abdominal aortic aneurysm.  This is a widened blood
vessel in the abdominal area that can be life threatening.  The
screening test only involves an ultrasound.  This will be
performed by our visiting ultrasound technician that is on site
once per month.

You have been identified as being in that age range.  If you
were a smoker in the past this test in recommended.  If you
would like to receive this test you can come to sick call or
just reply to this letter asking for the test.  If you would
like to learn more about this please sign up for sick call or
discuss this at your next regularly scheduled chronic care
visit.


_____          6/28/12
                                             _____
D. Leonard, Medical Officer
E. Santos, Clinical Director                 Date
FCI  Allenwood



# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | | Race: | WHITE |
| Scanned Date: | 06/28/2012 07:06 | | | | Facility: | ALM |

**Reviewed by Santos, Elizabete D.O., Clinical Director on 06/28/2012 09:12.**



JUN-21-2012 THU 01:04 PM  SHS UTILIZATION REVIEW          FAX:570 321 2210          P. 002

**Susquehanna Health**

**Admission Form**

**Admissions TWH**

| | | | | |
|---|---|---|---|---|
| Encounter # 6047949620 | Medical Record # 224129 | Encounter Start Date 06/20/12 Time 21:33 | Patient Location T6W 64000 | |
| Encounter Common Data # 9038560661 | Level of Care Acute | Service MED | Patient Type IP | Encounter Type IP |
| Adm Dx. Code   Description | | | Pre Adm Testing N | Adm Type Emergency | Adm Type 2 |

486 -

COPY

| | | | | |
|---|---|---|---|---|
| Encounter Reason | Birth Place PA | County UNI | Sex M | MS U |
| | | Religion DNN | Race White | Social Security # 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 |
| Age 88Y | Birth Date 04/30/1924 | Employer Name, Address, Phone | | Adm Clerk ewilde |

19815- 054

**Patient Name Address, Phone**
Furnari, Christopher A
Po Box 2500
White Deer, PA 17887
Home: 570-547-7950
Day: 570-547-7950      Cell:

CP - R/o mI
protocol
+ pneumonia

Status Unemp

**Guarantor Name, Patient Relation, Address, Phone**
Furnari, Christopher A          Self
Po Box 2500              ss#: 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
White Deer, PA 17887
Phone 1:  570-547-7950   Phone 2: 570-547-7950

Guarantor Employer, Address, Phone          Status Unemp

**Emergency Contact 1**          Emergency Contact 2

| Insurance 1 Name, Address, Phone | Policy Number | Group Number | Subscriber |
|---|---|---|---|
| Allenwood FCI/Allenwood FCI PO Box 2500 White Deer, PA 17887 570-547-7950 | 19815054 Referral/Authorization # Eff. Date 09/06/06   Pre-Cert. Phone | | Christopher A. Furnari Subscriber Employer |
| Insurance 2 Name, Address, Phone | Policy Number | Group Number | Subscriber |
| Cxr : infiltrate LLL | Referral/Authorization # Eff. Date   Pre-Cert. Phone | | Subscriber Employer |
| Insurance 3 Name, Address, Phone | Policy Number | Group Number | Subscriber |
| no HaP yet. | Referral/Authorization # Eff. Date   Pre-Cert. Phone | | Subscriber Employer |
| Insurance 4 Name, Address, Phone | Policy Number | Group Number | Subscriber |
| TropE) x1 | Referral/Authorization # Eff. Date   Pre-Cert. Phone | | Subscriber Employer |

| | | | | |
|---|---|---|---|---|
| Primary Physician None-emr, Patient | Adm Source Phys Ref | Confidential Reason 9 | | |
| Admitting Physician, ID | Last Encounter Date 02/24/2012 | Visitor Restriction | Release of Info | |
| Attending Physician, ID Figueredo, Marius Bruce, MD    303596 | Valuables Location | Benefits Assigned | Maiden Name | |
| Incident Date 06/20/12 | Incident Type Onset | Incident State | Incident Description / Location Pneumonia, CP R/O ACS | |

Printed: 06/21/2012 07:11

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

M. Po[...]da, PA-C
FC[...] Allenwood
6/26/12

User: dyakutp

JUN-21-2012 THU 01:04 PM  SHS UTILIZATION REVIEW          FAX:570 321 2210       P. 006

14815 -054

| | | | |
|---|---|---|---|
| Pt Name: | Furnari, Christopher A | MRN: | 224129 |
| Pt ID: | 2004766513 | Acct No: | 9038560661 |
| DOB: | 04/30/1924 | Age/Sex: | 88Y/M |
| Adm DTime: | 06/20/2012 19:35 | Attending Doctor: | Figueredo, Marius MD |
| Nurse Sta: | T8W-PCU | Rm/Bed: | 64000 |
| Dx: | | | |
| Alrg: | No Known Drug Allergies | | |

| | | | |
|---|---|---|---|
| Order Name: | | Observation Dtime: | 06/20/2012 19:35 |
| Result Name: | ED Clinical Report - Nurses | Result Status: | Final Result |

Clinical Report - Nurses

COPY

Patient: Furnari, Christopher A
MRN: 224129  Williamsport Regional
VisitID: 9038560661   700 High Street
Encounter ID: 6047949620     Williamsport, PA 17701 570-321-2000
88y, 04/30/1924, M   Arrival: 06/20/2012 19:35


TRIAGE


Triage time 1935.
Chief Complaint: CHEST PAIN and SHORTNESS OF BREATH.
19:35. Pain level now: 8/10.  --19:51 Paternostro, Tina, R.N.

Acuity: LEVEL 3.
19:35. BP: 124/72. HR: 86. RR: 20. Temp: 38.4. O2 saturation: 94 % on
nasal cannula at 4 liter/minute.  --19:55 Paternostro, Tina, R.N..


Medications
Albuterol-Ipratropium Inhalation 6.7 gm (90 mcg).  --1941 (06/20/12) Tina
Paternostro, R.N.
Aspirin EC Oral 81 mg, daily.  --1942 (06/20/12) Tina Paternostro, R.N.
Docusate Sodium Oral (Capsule 100 mg), 2x day.  --1942 (06/20/12) Tina
Paternostro, R.N.
Doxazosin Mesylate Oral (Tablet 4 mg) 1 tablet, at bedtime.  --1943
(06/20/12) Tina Paternostro, R.N.
Finasteride Oral 5 mg, daily.  --1943 (06/20/12) Tina Paternostro, R.N.
Fluticasone Propionate  HFA Inhalation 12 gm.  --1944 (06/20/12) Tina
Paternostro, R.N.
Ipratropium/albuterol 14.7 gm.  --1944 (06/20/12) Tina Paternostro, R.N.
Isosorbide Mononitrate Oral (Tablet 10 mg) 3 tablets, twice/day.  --1944
(06/20/12) Tina Paternostro, R.N.
Lisinopril Oral (Tablet 20 mg) 1 tablet, daily.  --1945 (06/20/12) Tina
Paternostro, R.N.
Metoprolol Tartrate Oral (Tablet 25 mg) 1/2 tablet, twice/day.  --1945
(06/20/12) Tina Paternostro, R.N.
Nitroglycerin Oral 0.4 mg, as needed.  --1946 (06/20/12) Tina Paternostro,
R.N.

M. _____nda, PA-C
FCI Allenwood
6/26/12

© 2004-2012 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt Version 1.00
Printed By: Grieco, Barbara
Printed On: 21-Jun-12 12:03



F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

JUN-21-2012 THU 01:04 PM  SHS UTILIZATION REVIEW          FAX:570 321 2210          P. 007

1985-054

ED Clinical Report - Nurses Results Report

| Pt Name: | Fumari, Christopher A | MRN: | 224129 |
|---|---|---|---|
| Pt ID: | 2004768813 | Acct No: | 9038580661 |
| DOB: | 04/30/1924 | Age/Sex: | 88Y/M |
| Adm DTime: | 06/20/2012 19:35 | Attending Doctor: | Figueredo, Marius MD |
| Nurse Sta: | T6W-PCU | Rm/Bed: | 64000 |
| Dx: | | | |
| Alrg: | No Known Drug Allergies | | |

COPY

| Order Name: | | Observation Dtime: | 06/20/2012 19:35 |
|---|---|---|---|
| Result Name: | ED Clinical Report - Nurses | Result Status: | Final Result |

Rantidine HCl 1 tablets , 2x a day. --1946 (06/20/12) Tina Paternostro,
R.N.
Simvastatin Oral 40 mg, at bedtime. --1946 (06/20/12) Tina Paternostro,
R.N..

Allergies
No Known Drug Allergy. --1941 (06/20/12) Tina Paternostro, R.N..

(med list from prison facility). --19:55 Paternostro, Tina, R.N..

History
This started today.

Treatment PTA:
(3 SL nitro). EMS treatment PTA verbally communicated. See EMS report. #1
IV access left forearm (18). Pulse oximeter applied. Cardiac monitor
applied. Pre-hospital 12-lead EKG. Medications given (4 baby aspirin, nitro
sl x3, 1 breathing treatment). BP: 134/70. HR: 84. RR: 20. Temp: 38.8
oral. O2 saturation: 98 % (nasal cannula at 4 liters/minute). (Pt prisoner
at Allenwood. Had sudden onset L sided CP at rest w/ SOB. Pt c/o aching
type pain 9/10 w/ no radiation.).
Arrived by EMS and accompanied by (prison guards). Historian: patient.
--19:51 Paternostro, Tina, R.N.

PAST MEDICAL HX: Immunizations: up-to-date.
SOCIAL HX: No alcohol use or drug use. A self harm assessment was performed.
The patient answered "no" to the question "Do you have thoughts of harming or
killing yourself?" and "Have you recently had thoughts about harming or
killing others?". The nutritional risk assessment revealed no deficiencies.
The learning needs assessment revealed no barriers. No report of abuse.
--19:55 Paternostro, Tina, R.N..

ADDITIONAL PROBLEMS:
Presbyopia.
Anemia.
Coronary atherosclerosis.
Esophageal reflux.
CHF.
Chronic airway obstruction.
Copd.

M. Pomponia, PA-C
FCI Allenwood
6/26/12

Pt Name: Fumari, Christopher A     MRN: 224129
Rm/Bed: 64000     Page 2 of 6
© 2004-2012 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited, All rights reserved.
ED Clinical Report - Nurses Results Report
ORE_0126.rptVersion 1.00
Printed By: Grieco, Barbara
Printed On: 21-Jun-12 12:03

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

JUN-21-2012 THU 01:05 PM  SHS UTILIZATION REVIEW          FAX:570 321 2210          P.008

19815-054

ED Clinical Report - Nurses Results Report

| Pt Name: | Fumari, Christopher A | MRN: | 224129 |
|---|---|---|---|
| Pt ID: | 2004768813 | Acct No: | 9038560661 |
| DOB: | 04/30/1924 | Age/Sex: | 88Y/M |
| Adm DTime: | 06/20/2012 19:35 | Attending Doctor: | Figueredo, Marius MD |
| Nurse Sta: | T5W-PCU | Rm/Bed: | 64000 |
| Dx: | | | |
| Alrg: | No Known Drug Allergies | | |

| Order Name: | | Observation Dtime: | 06/20/2012 19:35 |
|---|---|---|---|
| Result Name: | ED Clinical Report - Nurses | Result Status: | Final Result |

Arthritis.
Hypertrophy of prostate.
Hyperlipidemia.
Hypertension.
Angina pectoris. --19:49 Tina Paternostro, R.N..

ADDITIONAL SURGERIES:
Cardiac Catheterization. --19:50 Tina Paternostro, R.N..

Interventions
ID band on patient. Protocol initiated. Precautions initiated. Fall risk
assessment completed. No fall risk identified. To treatment room.   --19:55
Paternostro, Tina, R.N..

PHYSICAL ASSESSMENT
19:35.  To room via stretcher. Patient gowned. Alert. Oriented X 4.
Appears in no acute distress. Decreased breath sounds. Wheezing present.
Heart sounds within normal limits. Pulses within normal limits. No abnormal
heart sounds. Abdomen soft and nontender. No nausea noted. No emesis
noted. Capillary refill less than 2 seconds. No lower extremity edema.
Mucous membranes are pink. Skin is warm and dry. Skin is non-tender.
--19:56 Paternostro, Tina, R.N..

NURSING PROGRESS NOTES
19:40.  Two patient identifiers checked. Patient gowned. Head of bed
elevated. Safety instructions reviewed. Call light placed in reach. Side
rails up x 1. Bed placed in lowest position. Brakes of bed on.   --19:56
Paternostro, Tina, R.N..

19:36 late entry -.  EKG was ordered, performed by a tech and shown to the ED
physician.  --19:57 Paternostro, Tina, R.N..

19:44.  Patient ID band checked for patient name and birthdate; patient
confirmed. Blood samples drawn by tech per protocol ; labeled in presence of
the patient: rainbow set.  --19:58 Paternostro, Tina, R.N..

20:10.  BP: 117/67. HR: 88. RR: 33. O2 saturation: 94 % on nasal cannula
at 4 liter/minute.  --20:32 Paternostro, Tina, R.N.

late entry -2005.  At the patient's bedside (DR BURKHOLTZ).   --20:32

FCI Allenwood
P.O. Box 2500
White Deer, PA 17887

M. Pereyda PA-C
6/6/12

© 2004-2012 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited. All rights reserved.

ORE_0128.rpt Version 1.00
Printed By: Grieco, Barbara
Printed On: 21-Jun-12 12:03

19815-054

| Pt Name: | Fumari, Christopher A | MRN: | 224129 |
| Pt ID: | 2004758813 | Acct No: | 9038560661 |
| DOB: | 04/30/1924 | Age/Sex: | 88Y/M |
| Adm DTime: | 06/20/2012 19:35 | Attending Doctor: | Figueredo, Marius MD |
| Nurse Sta: | T6W-PCU | Rm/Bed: | 64000 |
| Dx: | | | |
| Alrg: | No Known Drug Allergies | | |

COPY

| Order Name: | | Observation DTime: | 06/20/2012 19:35 |
| Result Name: | ED Clinical Report - Nurses | Result Status: | Final Result |

Paternostro, Tina, R.N.

20:12. Two patient identifiers checked. NITROGLYCERIN 0.4 mg #1 SL.
Confirmed right patient, medication, dose, time and route.   --20:33
Paternostro, Tina, R.N.

20:14. Two patient identifiers checked. ASA 650 mg chewed. Confirmed right
patient, medication, dose, time and route.   --20:33 Paternostro, Tina, R.N.

20:15. Two patient identifiers checked. LOPRESSOR 2.5 mg slow IVP over 5
minutes via IV site #1. IV patency established. IV site checked: no pain,
redness, or swelling. IV flushed thoroughly pre- and post-medication
administration. Confirmed right patient, medication, dose, time and route.
--20:34 Paternostro, Tina, R.N.

20:35 06/20/2012. BP: 117/67. HR: 88. RR: 33. O2 saturation: -94 percent
on nasal cannula at 4 liter/minute.   --20:35 Paternostro, Tina, R.N.

20:20. Patient ID band checked for patient name and birthdate: patient
confirmed. Blood samples drawn from the left forearm with butterfly by tech ;
labeled in presence of the patient and sent to lab: blood culture (1st set).
--20:36 Adzema, John

20:27. Patient ID band checked for patient name and birthdate: patient
confirmed. Blood samples drawn from the right antecubital space with
butterfly by tech ; labeled in presence of the patient and sent to lab: blood
culture (2nd set).   --20:37 Adzema, John

20:46 06/20/2012. NITROGLYCERIN 0.4 mg #3 SL. Confirmed right patient,
medication, dose, time and route.   --20:46 Paternostro, Tina, R.N.

late entry -2030. Two patient identifiers checked. NITROGLYCERIN 0.4 mg #2
SL. Confirmed right patient, medication, dose, time and route.   --20:47
Paternostro, Tina, R.N.

20:47 06/20/2012. BP: 94/54. HR: 81. RR: 29. O2 saturation: 95 % room
air.   --20:47 Paternostro, Tina, R.N.

21:05 06/20/2012. BP: 102/58. HR: 81. RR: 28. O2 saturation: 96 % on
nasal cannula at 4 liter/minute.   --21:05 Paternostro, Tina, R.N.

M. Amanda PA-C
6/6/12

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

JUN-21-2012 THU 01:05 PM  SHS UTILIZATION REVIEW        FAX:573 321 2210        P. 010

19815-054

ED Clinical Report - Nurses Results Report

| Pt Name: | Furnari, Christopher A | MRN: | 224129 |
| Pt ID: | 2004768813 | Acct No: | 9038560661 |
| DOB: | 04/30/1924 | Age/Sex: | 88Y/M |
| Adm DTime: | 06/20/2012 19:35 | Attending Doctor: | Figueredo, Marius MD |
| Nurse Sta: | T6W-PCU | Rm/Bed: | 64000 |
| Dx: | | | |
| Alrg: | No Known Drug Allergies | | |

| Order Name: | | Observation Dtime: | 06/20/2012 19:35 |
| Result Name: | ED Clinical Report - Nurses | Result Status: | Final Result |

21:05.  Two patient identifiers checked.  NITROGLYCERIN 1 inch paste left chest. Confirmed right patient, medication, dose, time and route.  --21:25 Paternostro, Tina, R.N.

21:10.  Two patient identifiers checked.  MORPHINE 4mg slow IVP via IV site #1. IV patency established. IV site checked: no pain, redness, or swelling. IV flushed thoroughly pre- and post-medication administration. Sedative drug warning given to patient. Confirmed right patient, medication, dose, time and route.  --21:26 Paternostro, Tina, R.N.

21:15.  Two patient identifiers checked.  ZOFRAN 4 mg diluted with NS slow IVP. IV patency established. IV site checked: no pain, redness, or swelling. IV flushed thoroughly pre- and post-medication administration. Confirmed right patient, medication, dose, time and route.  --21:26 Paternostro, Tina, R.N.

21:15.  BP: 109/57.  HR: 80.  RR: 28.  O2 saturation: 96 % on nasal cannula at 4 liter/minute.  --21:26 Paternostro, Tina, R.N.

21:40 RT at bedside for duoneb treatment.  --21:42 Paternostro, Tina, R.N.

21:43 06/20/2012.  DUONEB nebulizer treatment #1 (James, RT 1 unit dose) given by respiratory therapist. Confirmed right patient, medication, dose, time and route.  --21:43 Paternostro, Tina, R.N.

22:14 06/20/2012.  BP: 101/51.  HR: 77.  RR: 28.  O2 saturation: 96 % on nasal cannula at 4 liter/minute.  --22:14 Paternostro, Tina, R.N.

22:14 06/20/2012.  The patient reports no complaints and the patient is calm and resting quietly.  Patient waiting for admit bed.  --22:14 Paternostro, Tina, R.N.

22:49 06/20/2012.  BP: 96/57.  HR: 77.  RR: 20.  O2 saturation: 95 % on nasal cannula at 4 liter/minute.  --22:49 Paternostro, Tina, R.N.

23:25.  BP: 103/60.  HR: 76.  RR: 28.  Temp: 37.1 oral.  O2 saturation: 95 % on nasal cannula at 4 liter/minute.  --23:36 Paternostro, Tina, R.N..

DISPOSITION / DISCHARGE

M. Po... da PA-C

© 2004-2012 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited. All rights reserved.

ORR8_0126.rptVersion 1.00
Printed By: Grieco, Barbara
Printed On: 21-Jun-12 12:03


F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

FAX:570 321 2210          P. 011

JUN-21-2012 THU 01:05 PM  SHS UTILIZATION REVIEW

1985-054

ED Clinical Report - Nurses Results Report

| | |
|---|---|
| Pt Name: | Furnari, Christopher A |
| Pt ID: | 2004768813 |
| DOB: | 04/30/1924 |
| Adm DTime: | 06/20/2012 19:35 |
| Nurse Sta: | T6W-PCU |
| Dx: | |
| Alrg: | No Known Drug Allergies |

| | |
|---|---|
| MRN: | 224129 |
| Acct No: | 9038560661 |
| Age/Sex: | 88Y/M |
| Attending Doctor: | Figueredo, Marius MD |
| Rm/Bed: | 64000 |

COPY

| | |
|---|---|
| Observation Dtime: | 06/20/2012 19:35 |
| Result Status: | Final Result |

Order Name:
Result Name:          ED Clinical Report - Nurses

22:33.  Bed obtained but not ready (640 - 1).  --22:33 Chuck Storm, R.N.

00:00 06/21/2012.  BP: 109/68.  HR: 73.  RR: 27.  Temp: 37.1 oral.  O2
saturation: 95 % on nasal cannula at 4 liter/minute.  Condition at departure:
stable.  Patient reports pain level on departure as 6/10.  --00:00
Paternostro, Tina, R.N.

00:55 06/21/2012.  Report was given to a nurse. Report included patient's
care, treatment, medications and condition (including any recent changes or
anticipated changes). All questions were answered. Report was acknowledged
and care was transferred (Kelly). Admitted.  --00:55 Paternostro, Tina,
R.N.

01:13 06/21/2012.
Departure time: 0100.  --01:13 Paternostro, Tina, R.N..

Locked/Released at 06/21/2012 1:13 by Paternostro, Tina, R.N.

Comments

Result Comments:

Requisition Comments:

Ordering Dr:

Order Date/Time:
Ord#/Occurrence#:          /

M. Panenda, PA-C
FCI Allenwood
6/21/12

MRN: 224129

Pt Name: Furnari, Christopher A

Page 6 of 6

ED Clinical Report - Nurses Results Report

Rm/Bed: 64000

ORE_0126.rpt/Version 1.00
Printed By: Grissol, Barbara
Printed On: 21-Jun-12 12:03

© 2004-2012 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited. All rights reserved.

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/26/2012 10:06 | | | Facility: | ALM |

**Reviewed by Santos, Elizabete D.O., Clinical Director on 06/26/2012 11:37.**

COPY

DATE:            _June 14, 12_

REPLY TO
ATTN. OF:     **Utilization Review Committee**

SUBJECT:     Outside Medical Care

TO:      Inmate _Eurnan Christopher_ Reg. No. _19815-054_

Release Date _11-24-2044_     Unit _3B_

The request for _ultrasound_ _____ has been reviewed by the
Utilization Review Committee (URC).

The URC has found that your medical condition and/or recommended medical procedure does:

(     ) not meet the medical criteria as determined by the URC and is deferred at this time.   You
are advised to _____.

(     ) meets the medical criteria as determined by the URC and is approved.   An appointment with
an in-house consultant will be scheduled.

( X )  meets the medical criteria as determined by the URC and is approved.   An appointment
will be scheduled.

(     ) meets the medical criteria as determined by the URC and is pending approval by the
Regional Medical Director.

(     ) meets the medical criteria as determined by the Regional Medical Director and will be
scheduled.

(     ) does not meet the medical criteria as determined by the Regional Medical Director and is
deferred at this time.

(     ) A transfer request, to a Federal Bureau of Prisons Medical Center has been submitted for
this procedure and/or medical care.

**Committee Members:** _____

J. Butler, AW; E. Santos, D.O., Clinical Director; J. Miller, M.D.; Medical Officer; B. Buschman, M.D., Medical Officer; D. Leonard, MD.,
Medical Officer; K. DeWald, APA; M. Powanda, PA-C; R. Roces, PA; K. Cost, CRNP; Tim, Pfirman, PA-C; J. Reid, IOP/IDC; S. Snyder,
IOP/IDC; W. Rehm, Secretary.

**FCI ALLENWOOD**
**P O BOX 2500**
**WHITE DEER, PA 17887**

06/08/2012 9:46:50 AM ~0400

PAGE 2   OF 4

***Addended Report***
# RADIOLOGY RESULT DOCUMENT
Susquehanna Health System
Muncy Valley Hospital

*19815-054*

PATIENT NAME:   FURNARI, CHRISTOPHER
MEDICAL RECORD#224129

RMS ORDER NUMBER:   90001
ORDERED FOR DATE: Jun 6 2012

ACCOUNT #:           9038046786
ADMISSION DATE:   06/06/2012
PT VISIT #:            6047329245
PATIENT AGE:        88Y
ORDERING PHYSICIAN:   ELIZABETE MARIE SANTOS
COPIES TO:                  ELIZABETE MARIE SANTOS

FINANCIAL CLASS: O
INPATIENT ROOM:  MRD-
DATE OF BIRTH: 04/30/1924
PATIENT SEX:   M

ORD NURSE STATION: MRD
PATIENT CLASS:       O
PATIENT PHONE:      (570) 547-7950
PT ADDRESS PO BOX 2500
              WHITE DEER, PA 17887

COPY

***Final Report***

ACCOUNT #:9038046786   FINANCIAL CLASS: O   ORD NURSE STATION:   MRD
ADMISSION DATE: 06/06/2012   INPATIENT ROOM: MRD- PATIENT CLASS:   O
PT VISIT #:   6047329245   DATE OF BIRTH:   04/30/1924   PATIENT PHONE:   (570) 547-7950
PATIENT AGE:   88Y   PATIENT SEX:       M   PT ADDRESS PO BOX 2500
ORDERING PHYSICIAN:   ELIZABETE MARIE SANTOS   WHITE DEER, PA 17887
COPIES TO:   ELIZABETE MARIE SANTOS

***Final Report***

***************************CORRECTED REPORT***********************

EXAM:        (MCT 1044) CT ANGIO CHEST, W&WO CONTRAST  -Accession #: 5500996
DATE & TIME EXAM COMPLETED:    Jun 6 2012 2:49PM
REASON FOR EXAM: PROMINENT ASCENDING THORACIC AORTA
HISTORY:  Evaluate aortic size.

COMPARISON: Prior CT scan dated 8/9/2010.

INTERPRETATION:  Submitted is a CT angiogram of the chest without/with IV contrast. 3D angiographic
post processing images were obtained on an independent workstation and reviewed.
THIS DOCUMENT HAS BEEN ELECTRONICALLY VERIFIED
Print Time: 06/08/2012 9:44 AM
Page 1 of 3

FCI-Allenwood
PO Box 2500
White Deer, PA 17887

M. Po... da, PA-C
FC... Allenwood
6/12/12

06/08/2012 9:46:50 AM −0400

PAGE 3    OF 4

***Addended Report***
# RADIOLOGY RESULT DOCUMENT
Susquehanna Health System
Muncy Valley Hospital

19815-054

PATIENT NAME:   FURNARI, CHRISTOPHER
MEDICAL RECORD#224129

RMS ORDER NUMBER:  90001
ORDERED FOR DATE: Jun 6 2012

COPY

An area of soft tissue is noted in the upper periphery of the right upper lobe laterally. Some soft tissue stranding is extending in to the right hilum from this area with irregular soft tissue seen. Patient had a documented pneumonia involving the right upper lobe in August 2010.

There is however, appearance of a subcarinal mass measuring 2.7 cm in diameter which is new since exam of August 2010. Also splaying of the carina since last exam is noted. The possibility of scar carcinoma in the abnormal soft tissue adjacent to the pleura in the lateral aspect of the right lung apex should be considered in this case. Changes of COPD noted in both lungs. Minimal scarring at the left lung base noted. The thoracic aorta has a maximal AP diameter of 3.8 cm in the ascending aorta at the level of the right main pulmonary artery. This is within normal limits for patient's age. Atherosclerotic disease in the descending thoracic aortic noted. No evidence of any aortic dissection or aneurysm seen. The aortic arch has a maximal diameter of 3 cm.

No evidence of any lower thoracic aortic aneurysm seen.

No pleural effusion noted. Images through the upper reveal renal function bilaterally. A prominent left renal cyst is noted. Note is made of a soft tissue mass measuring approximately 1 cm within the gallbladder mid body. The possibility of this representing a polyp or a carcinoma of the gallbladder cannot be excluded. Further evaluation with ultrasound of the gallbladder regarding this is suggested.

IMPRESSION:

1. Appearance of a subcarinal area of soft tissue measuring up to 2.7 cm in diameter. This may represent subcarinal lymphadenopathy. A pretracheal lymph node measuring 1.7 cm is noted. Irregular soft tissue adjacent to the pleural in the lateral aspect of the right lung apex with soft tissue stranding in to the right hilum noted. This may represent a scar carcinoma. Further evaluation with biopsy of this is suggested. Incidental finding of areas of decreased attenuation with focal calcifications noted in the right lobe of the thyroid gland. Further evaluation of the thyroid gland with ultrasound is also suggested. Abnormal appearance of the gallbladder for which evaluation with ultrasound is recommended as discussed above. There is no evidence of any aortic dissection seen. No definite evidence of any aortic aneurysm identified.

Preliminary results sent to Dr. Santos' office at 5:30 p.m. on 6/6/12.

READ BY: SHABBIR A ESAA, MD
******Results Electronically Verified******

THIS DOCUMENT HAS BEEN ELECTRONICALLY VERIFIED
Print Time: 06/08/2012 9:44 AM
Page 2 of 3

FC¹·⁴⁴ˢˢ⁾wood
F¹ ˢˢ⁾x 2500
W¹˖¹e Deer, PA 17887

M. P⁴⁴⁴⁴da, PA-C
FO⁴⁴⁴enwood
4/12/12

06/08/2012 9:46:50 AM -0400

19815-7054

### ***Addended Report***
## RADIOLOGY RESULT DOCUMENT
### Susquehanna Health System
### Muncy Valley Hospital

PATIENT NAME:    FURNARI, CHRISTOPHER
MEDICAL RECORD#224129

RMS ORDER NUMBER:  90001
ORDERED FOR DATE: Jun 6 2012

Transcribed by: TML   Transcribed Date: Jun 6 2012 5:30P ?FAX

COPY

THIS DOCUMENT HAS BEEN ELECTRONICALLY VERIFIED
Print Time: 06/08/2012 9:44 AM
Page 3 of 3



FCI-Allenwood
PO Box 2000
White Deer, PA 17987

M. Po... za, PA-C
FCI Allenwood
6/7/12

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/12/2012 10:49 | | | Facility: | ALM |

Reviewed by Buschman, Brian MD on 06/14/2012 11:53.

COPY

06/06/2012 7:00:54 PM -0400

# RADIOLOGY RESULT DOCUMENT
## Susquehanna Health System
### Muncy Valley Hospital

19815-054

PATIENT NAME:    FURNARI, CHRISTOPHER
MEDICAL RECORD#224129

RMS ORDER NUMBER:  90001
ORDERED FOR DATE: Jun 6 2012

| | | | |
|---|---|---|---|
| ACCOUNT #: | 9038046786 | FINANCIAL CLASS: O | ORD NURSE STATION: MRD |
| ADMISSION DATE: | 06/06/2012 | INPATIENT ROOM: MRD- | PATIENT CLASS: O |
| PT VISIT #: | 6047329245 | DATE OF BIRTH: 04/30/1924 | PATIENT PHONE: (570) 547-7950 |
| PATIENT AGE: | 88Y | PATIENT SEX: M | PT ADDRESS PO BOX 2500 |
| ORDERING PHYSICIAN: | | ELIZABETE MARIE SANTOS | WHITE DEER, PA 17887 |
| COPIES TO: | | ELIZABETE MARIE SANTOS | |

COPY

***Final Report***

ACCOUNT #: 9038046786  FINANCIAL CLASS: O    ORD NURSE STATION:    MRD
ADMISSION DATE: 06/06/2012    INPATIENT ROOM: MRD- PATIENT CLASS:    O
PT VISIT #: 6047329245    DATE OF BIRTH:  04/30/1924    PATIENT PHONE:  (570) 547-7950
PATIENT AGE:    88Y    PATIENT SEX:    M    PT ADDRESSPO BOX 2500
ORDERING PHYSICIAN:    ELIZABETE MARIE SANTOS    WHITE DEER, PA 17887
COPIES TO:  ELIZABETE MARIE SANTOS

***Final Report***

EXAM:    (MCT 1044) CT ANGIO CHEST, W&WO CONTRAST  -Accession #:  5500996
DATE & TIME EXAM COMPLETED:    Jun 6 2012 2:49PM
REASON FOR EXAM: PROMINENT ASCENDING THORACIC AORTA
HISTORY:  Evaluate aortic size.

COMPARISON: Prior CT scan dated 8/9/2010.

INTERPRETATION: Submitted is a CT angiogram of the chest without/with IV contrast.

An area of soft tissue is noted in the upper periphery of the right upper lobe laterally. Some soft tissue stranding is extending in to the right hilum from this area with irregular soft tissue seen.  Patient had a documented pneumonia involving the right upper lobe in August 2010.

THIS DOCUMENT HAS BEEN ELECTRONICALLY VERIFIED
Print Time: 06/06/2012 6:41 PM
Page 1 of 2

FCI-Allenwood
PO Box 2500
White Deer, PA 17887

M. P___da, PA-C
FCI Allenwood
6/12/12

06/06/2012 7:00:54 PM −0400

PAGE 3    OF 3

# RADIOLOGY RESULT DOCUMENT
## Susquehanna Health System
### Muncy Valley Hospital

19815-054

PATIENT NAME:   FURNARI, CHRISTOPHER
MEDICAL RECORD# 224129

RMS ORDER NUMBER:  90001
ORDERED FOR DATE: Jun 6 2012

There is however, appearance of a subcarinal mass measuring 2.7 cm in diameter which is new since exam of August 2010. Also splaying of the carina since last exam is noted. The possibility of scar carcinoma in the abnormal soft tissue adjacent to the pleura in the lateral aspect of the right lung apex should be considered in this case. Changes of COPD noted in both lungs. Minimal scarring at the left lung base noted. The thoracic aorta has a maximal AP diameter of 3.8 cm in the ascending aorta at the level of the right main pulmonary artery. This is within normal limits for patient's age. Atherosclerotic disease in the descending thoracic aortic noted. No evidence of any aortic dissection or aneurysm seen. The aortic arch has a maximal diameter of 3 cm.

No evidence of any lower thoracic aortic aneurysm seen.

No pleural effusion noted. Images through the upper reveal renal function bilaterally. A prominent left renal cyst is noted. Note is made of a soft tissue mass measuring approximately 1 cm within the gallbladder mid body. The possibility of this representing a polyp or a carcinoma of the gallbladder cannot be excluded. Further evaluation with ultrasound of the gallbladder regarding this is suggested.

IMPRESSION:

1. Appearance of a subcarinal area of soft tissue measuring up to 2.7 cm in diameter. This may represent subcarinal lymphadenopathy. A pretracheal lymph node measuring 1.7 cm is noted. Irregular soft tissue adjacent to the pleural in the lateral aspect of the right lung apex with soft tissue stranding in to the right hilum noted. This may represent a scar carcinoma. Further evaluation with biopsy of this is suggested. Incidental finding of areas of decreased attenuation with focal calcifications noted in the right lobe of the thyroid gland. Further evaluation of the thyroid gland with ultrasound is also suggested. Abnormal appearance of the gallbladder for which evaluation with ultrasound is recommended as discussed above. There is no evidence of any aortic dissection seen. No definite evidence of any aortic aneurysm identified.

Preliminary results sent to Dr. Santos' office at 5:30 p.m. on 6/6/12.

READ BY: SHABBIR A ESAA, MD
******Results Electronically Verified******
Transcribed by: TML  Transcribed Date: Jun 6 2012 5:30P ?FAX

FCI-Allenwood
P.O. Box 2500
White Deer, PA 17887

THIS DOCUMENT HAS BEEN ELECTRONICALLY VERIFIED
Print Time: 06/06/2012 6:41 PM
Page 2 of 2

M. Powrie, PA-C
FCI-Allenwood
6/12/12

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/12/2012 10:47 | | | Facility: | ALM |

**Reviewed by Buschman, Brian MD on 06/14/2012 11:53.**

COPY

06/02/12  01:30 PM CDT  Sfp via VSI-FAX                    Page 1 of 2 #250511  88

## U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
### Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI  65808
### (417) 862-7041

========================================================================
### ***  SENSITIVE BUT UNCLASSIFIED  ***
### FINAL REPORT
========================================================================

Register Number : 19815-054                 Age              : 88yr
Name            : FURNARI, CHRISTOPHER       Sex              : M
Location        : FCI ALLENWOOD MED (ALM)    Room             :
Admit. Physician: POWANDA PA                 Accession Number : 3763
Order. Physician: POWANDA PA
Collected       : 05/31/12 @ 10:30 by: RE

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|----------------------|------|
| LIPID PROFILE | | | | |
| COMP PROFILE | | | | |
| Glucose | 87 | | 70 - 110 mg/dL | TW KE |
| Urea Nitrogen | 27 | HI | 7 - 22 mg/dL | TW KE |
| Creatinine IDMS | 1.10 | | 0.66 - 1.25 mg/dL | TW KE |
| GFR | Greater than 60 | | | HS KE |
| | GFR units measured as mL\min\1.73 m^2 | | | |
| | If African American, multiply by 1.210. | | | |
| | A calculated GFR < 60 suggests chronic | | | |
| | kidney disease, if found over a 3 month | | | |
| | period. | | | |
| SodiumI | 145 | | 137 - 148 mmol/L | TW KE |
| Potassium | 4.0 | | 3.5 - 5.0 mmol/L | TW KE |
| Chloride1 | 109 | | 99 - 114 mmol/L | TW KE |
| Calcium1 | 8.6 | | 8.5 - 10.9 mg/dL | TW KE |
| Total Protein | 7.2 | | 6.0 - 8.2 g/dL | TW KE |
| Albumin | 3.5 | LO | 3.6 - 5.1 g/dL | TW KE |
| Alkaline Phos. | 145 | HI | 41 - 133 U/L | TW KE |
| AST(SGOT) | 26 | | 11 - 55 U/L | TW KE |
| ALT1(SGPT) | 14 | | 11 - 66 U/L | TW KE |
| Total Bilirubin1 | 0.5 | | 0.2 - 1.3 mg/dL | TW KE |
| Cholesterol | 113 | | 50 - 200 mg/dL | TW KE |
| Triglyceride | 47 | | 10 - 150 mg/dL | TW KE |
| dHDL | 49 | | 40 - 60 mg/dL | TW KE |
| LDLC | 55 | | 0 - 130 mg/dL | HS KE |
| Chol/dHDL Ratio | 2.0 | | 0.0 - 4.0 | TW KE |
| CBC | | | | |
| White Blood Cell | 5.4 | | 4.3 - 11.1 10^3/uL | BD JE |
| Red Blood Cells | 3.91 | LO | 4.46 - 5.78 10^6/uL | BD JE |
| Hemoglobin | 11.9 | LO | 13.6 - 17.6 g/dL | BD JE |
| Hematocrit | 36.6 | LO | 40.2 - 51.4 % | BD JE |
| MCV | 93.5 | | 82.5 - 96.5 fL | BD JE |
| MCH | 30.5 | | 27.1 - 34.3 pg | BD JE |
| MCHC | 32.5 | | 33.0 - 35.0 g/dL | BD JE |
| RDW | 15.7 | HI | 12.0 - 14.0 % | BD JE |

Legend
LO=Low  AL=Alarm Low  HI=High  AH=Alarm High  AB=Abnormal
EL=Less than Clinically Reportable Range
EH=Greater than Clinically Reportable Range

M. Powanda, PA-C
FCC Allenwood
6/5/12

Name            : FURNARI, CHRISTOPHER        Location : ALM
Register Number : 19815-054                   Page     : 1 of 2
Printed         : 06/02/2012 @ 13:30

**U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS**
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

===================================================================
\*\*\*    SENSITIVE BUT UNCLASSIFIED    \*\*\*
FINAL REPORT
===================================================================

| Register Number : 19815-054 | | Age | : 88yr |
|---|---|---|---|
| Name          : FURNARI, CHRISTOPHER | | Sex | : M |
| Location       : FCI ALLENWOOD MED (ALM) | | Room | : |
| Admit. Physician: POWANDA PA | | Accession Number : 3763 | |
| Order. Physician: POWANDA PA | | | |
| Collected       : 05/31/12 @  10:30 by:  RE | | | |

| Test | Result | | Flag | Reference Range/Units | Tech |
|---|---|---|---|---|---|
| PLT | 253 | | | 130 - 374 10^3/uL | BD JE |
| MPV | 8.3 | | | 6.9 - 10.5 fL | BD JE |
| **MANUAL DIFF** | | | | | |
| Neutrophils | 67 | | | 50 - 70 % | TW JE |
| Lymphocytes | 25 | | | 20 - 40 % | TW JE |
| Monocytes | 6 | | | 2 - 8 % | TW JE |
| Eosinophils | 2 | | | 1 - 3 % | TW JE |
| Morphology | RBCs appear normal & platelets adequate | | | | TW JE |

Legend
LO=Low  AL=Alarm Low  HI=High  AH=Alarm High  AB=Abnormal
EL=Less than Clinically Reportable Range
EH=Greater than Clinically Reportable Range

| Name | : FURNARI, CHRISTOPHER | Location | : ALM |
|---|---|---|---|
| Register Number | : 19815-054 | Page | : 2 of 2 |
| Printed | : 06/02/2012 @ 13:30 | | |

M. Powanda, PA-C
FCI Allenwood
6/5/12

FCI ALLENWOOD
P O BOX 2500
WHITE DEER, PA 17887

# Bureau of Prisons
## Health Services
### Cosign/Review

| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
|---|---|---|---|---|---|
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/07/2012 07:06 | | | Facility: | ALM |

**Reviewed by Santos, Elizabete D.O., Clinical Director on 06/08/2012 11:46.**



FCC ALLENWOOD - FCI ALLENWOOD
WAIVED TESTING - DIPSTICK URINALYSIS
RESULTS AND REFERENCE RANGE

INMATE NAME _Furnari, Christopher_

REGISTER NUMBER _19815 - 054_

Priority: (✓) Routine    ( ) Stat                Source: ( ) Routine    ( ) Other

| Ordering Physician | Reported By | Date | Time |
|---|---|---|---|
| Powula PA-c | T. Bell | 5-31-12 | 0730 |

COPY

ID: Furnari, Christopher
05-31-12 7:55AM / 19815-054

CLARITY: LT. YELLOW
COLOR: LT. YELLOW

MULTISTIX 10 SG

GLU  NEGATIVE
BIL  NEGATIVE
KET  NEGATIVE
SG   1.020
BLO  NEGATIVE
pH   6.0
PRO* TRACE
URO  0.2 E.U./dL
NIT  NEGATIVE
LEU  NEGATIVE

NOTE: All abnormal results are to be reported to the PCP and/or Physician.

Range Values for Bayer Multistix 10 SG Urinalysis Reagent Strips

|  | Normal Reference Range |
|---|---|
| Clarity | Clear |
| Color | Yellow |
| Glucose | Negative |
| Bilirubin | Negative |
| Ketones | Negative |
| Specific Gravity | 1.020 - 1.030 |
| Blood | Negative |
| pH | 5.0 - 6.5 |
| Protein | Negative |
| Urobilinogen | 0.2 - 1.0 mg/dl |
| Nitrite | Negative |
| Leukocytes | Negative |

M. Powula, PA-C
FCC Allenwood
5/31/12

F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887

JCAHO Standard PC 16.10

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 05/31/2012 11:12 | | | Facility: | ALM |

**Reviewed by Miller, Jay MD on 06/01/2012 09:27.**

BILL TO: WENDY REHM, REF#LVB150

Furnari

OPT A 25

| PATIENT NAME | | CUST. NUMBER | INVOICE NUMBER |
|---|---|---|---|
| 9815-054  LI-6  207096 | | PO LVB150297 | 397204 |
| Tray No.  8634 | Data Processed | | 5/17/2012 |

COPY

| | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | 5.50 | | | | 10.00 |
| L. EYE | 5.50 | | | | 10.00 |

| | Add | Length | Height | | PB | N.P.B |
|---|---|---|---|---|---|---|
| R. EYE | 2.50 | 28 | 16.5 | R. EYE | 34.0 | 31.0 |
| L. EYE | 2.50 | 28 | 16.5 | L. EYE | 34.0 | 31.0 |

| FRAME DATE | | | | CHARGES | |
|---|---|---|---|---|---|
| Size | Depth | E.D. | D.B.L. | DESCRIPTION | PRICE |
| 48.0 | 39.0 | 52.7 | 22.0 | RIGHT LENS | 11.00 |
| | | | | LEFT LENS | 11.00 |
| Model: 3202798905  TMPL. Length: | | | 48 X 22 | S9 48/22  P-3 | 15.00 |
| 39 48/22  P-39463 | | | AMBER | SAFETY | .00 |

Furnari
5/17/12

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

EDGED UNCUT
[ ] LENS ONLY  [ ] ENCLOSED  [ ] TO COME  [ ] SUPPLIED

| LENS DATA | | |
|---|---|---|
| Type | | Material |
| R: ST28 CR-39 CLEAR SOLA 72 | | |
| L: ST28 CR-39 CLEAR SOLA 72 | | |

FDA CODE SEC. 3, 84, 21 CFR          NOTE FOLLOWING EXCEPTIONS:

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21. CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

(1) PLASTIC Mfr. certifies lenses ground to specifications are impact resistant within FDA Code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

COMMENTS:
J-10468837 LI-4 T-8634

OPT A 20

| | |
|---|---|
| Sub Total | 37.00 |
| Freight | |
| Total Due ▶ | 37.00 |

FROM: 207096
7204

POSTMASTER
IF THIS PACKAGE IS
NOT DELIVERED IN
FIVE DAYS PLEASE
RETURN TO SENDER

SHIP TO:

DATE: _May 10, 12_

REPLY TO
ATTN. OF:    Utilization Review Committee

SUBJECT:    Outside Medical Care

TO:    Inmate _Furnari, Christopher_ Reg. No. _19815-054_

Release Date _11/24/2044_    Unit _3B_

The request for _CT scan w/o contrast_ has been reviewed by the
Utilization Review Committee (URC).

The URC has found that your medical condition and/or recommended medical procedure does:

(    ) not meet the medical criteria as determined by the URC and is deferred at this time.    You
are advised to _____.

(    ) meets the medical criteria as determined by the URC and is approved.    An appointment with
an in-house consultant will be scheduled.

(X)    meets the medical criteria as determined by the URC and is approved.    An appointment
will be scheduled.

(    ) meets the medical criteria as determined by the URC and is pending approval by the
Regional Medical Director.

(    ) meets the medical criteria as determined by the Regional Medical Director and will be
scheduled.

(    ) does not meet the medical criteria as determined by the Regional Medical Director and is
deferred at this time.

(    ) A transfer request, to a Federal Bureau of Prisons Medical Center has been submitted for
this procedure and/or medical care.

Committee Members:

J. Butler, AW; E. Santos, D.O., Clinical Director; J. Miller, M.D., Medical Officer; B. Buschman, M.D., Medical Officer; D. Leonard, MD.,
Medical Officer; K. Oswald, HSA; M. Powanda, PA-C; R. Roces, PA; K. Cost, CRNP; Tim, Pfirman, PA-C; J. Reid, IOP/IDC; S. Sholder,
IOP/IDC; W. Rehm, Secretary.

# DIANAssociates

PRIME : EMTEC
UNIVERSITY OF MARYLAND
RADIOLOGY REPORT

**PATIENT NAME:** FURNARI CHRISTOPHER

**DATE OF BIRTH:** 19240430

**PATIENT NUMBER:** 19815-054

**REF. PHYSICIAN:** MICHAELEEN POWANDA PAC

**INSTITUTION NAME:** FCI Allenwood Medium

**EXAM DATE:** 2012/05/01 07:20

**OBSERVATION DATE:** 2012/05/01 13:38

**EXAM TYPE:** CHEST H/O + PPD; HTN; COPD CHEST

**READING RADIOLOGIST:** Aletta Ann Frazier                    , MD

**HISTORY and STUDY COMMENTS**

CHEST H/O + PPD; HTN; COPD Chest

**FINDINGS AND CONCLUSION**

Abnormal. Persistent asymmetric right apical pleural thickening with
RUL volume loss, reticulonodular consolidation suspicious for TB.
Prominent ascending thoracic aorta ? aneurysm.

[ Reply ]    [ Close Case ]

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

M. Powanda, PA-C
FCI-Allenwood
5/2/12
Chest CT Scan consult submitted

FCI-Allenwood
PO Box 2500
White Deer, PA 17887

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
|---|---|---|---|---|---|
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 05/08/2012 09:16 | | | Facility: | ALM |

**Reviewed by Santos, Elizabete D.O., Clinical Director on 05/08/2012 09:29.**

COPY

FEB/27/2012/MON 11:09 AM    SH HEALTH RECORDS         FAX No. 570-321-2138          P. 008/025

19815-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 T1ERSv ER Service Record  2/24/2012 1pg

| Susquehanna Health | | | | | | |
|---|---|---|---|---|---|---|
| The art of caring. The science of healing. | 6045821516 | 224129 | **Encounter Start Date  Time**  02/24/12 09:21 | | **Patient Location**  EMR ER011 | |
| **EMERGENCY/CLINIC** | **ECD #**  9036792688 | | **Level Of Care**  ER | **Service**  EMR | **Patient Type**  ER | **Adm Type**  Emergency |
| Emergency Svcs TWH | **Incident Type**  Onset | | **Incident Desc / Loc** | **Incident Date**  02/24/12 | **Encounter Type**  OP | |
| | **Adm Source**  Phys Ref | | **Last Encounter Date**  08/07/2010 | **Release of Info** | **Sex**  M | **MS**  Separated |
| | **County**  UNI | | **Birth Place**  PA | **Race**  White | **Social Security #**  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 | |
| | **Age**  87Y | | **Birthdate**  04/30/1924 | **Religion**  DNN | **Adm Clerk**  delizy | |
| **Patient Name Address, Phone**  Furnari, Christopher A  Po Box 2500  White Deer, PA 17887  Home: 570-547-7950  Day:  570-547-7950  Cell: | | **Employer Name, Address, Phone** | | | **Status**  Unemp | |
| **Guarantor Name, Patient Relation, Address, Phone**  Furnari, Christopher A  Po Box 2500  White Deer, PA 17887  Phone 1:  570-547-7950 | Self  SS#: 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  Phone 2: 570-547-7950 | **Guarantor Employer, Address, Phone** | | | **Status**  Unemp | |
| **Emergency Contact 1**  Phone 1: | Phone 2: | **Emergency Contact 2**  Phone 1: | | | | Phone 2: |
| **Insurance 1 Name, Address, Phone**  Allenwood FCI/Allenwood FCI  PO Box 2500  White Deer, PA 17887  570-547-7950 | **Policy Number**  19815054  **Referral/Authorization #**  **Eff. Date**  09/06/08 | **Group Number**  **Pre-Cert. Phone** | **Subscriber**  Christopher A. Furnari  **Subscriber Employer** | | | |
| **Insurance 2 Name, Address, Phone** | **Policy Number**  **Referral/Authorization #**  **Eff. Date** | **Group Number**  **Pre-Cert. Phone** | **Subscriber**  **Subscriber Employer** | | | |
| **Insurance 3 Name, Address, Phone** | **Policy Number**  **Referral/Authorization #**  **Eff. Date** | **Group Number**  **Pre-Cert. Phone** | **Subscriber**  **Subscriber Employer** | | | |
| **Insurance 4 Name, Address, Phone** | **Policy Number**  **Referral/Authorization #**  **Eff. Date** | **Group Number**  **Pre-Cert. Phone** | **Subscriber**  **Subscriber Employer** | | | |
| **Chief Complaint**  CP | **Primary Physician**  allenwood, dr  **Attending Physician, ID**  Fiero, Thomas P, MD     302890 | | | | | |
| **COMMENTS** | | | | | | |

COPY

M. ____da, P.A-C
Allenwood
4/5/11

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

Printed: 02/24/2012 09:25                                                                   User: delizy

FEB/27/2012/MON 11:07 AM    SH HEALTH RECORDS    FAX No. 570-321-2138    P. 002/025

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MEO 2/24/2012 ER0320 eNursing Record 2/24/2012 1pg

19815-054

## Clinical Report - Nurses

**Patient: Furnari, Christopher A**
MRN: 224129
VisitID: 9038792688
Encounter ID: 6045821516
87y, 04/30/1924, M

Williamsport Regional
700 High Street
Williamsport, PA 17701 570-321-2000
Arrival: 02/24/2012 9:19

### TRIAGE

Triage time 09:20. Acuity: LEVEL 2.
Chief Complaint: (pt started with sharp chest pain last night and took 5 nitro glycerin of his own. Pt went to infermery this AM and was given Nitro x2 and was pain free. Pt continues pain free at this time. Pt has had a cough for 2 months).
09:40. BP: 156/75. HR: 97. RR: 18. Temp: 36.4. O2 saturation: 99 % room air. Alert. No acute distress. Pain level now: 0/10. --09:40 Natasha Shemory, R.N..

### Medications

Albuterol Inhalation 2 puffs, 4x a day.
Aspirin 81 mg. daily.
Docusate Sodium 100 mg , BID.
Doxazosin Mesylate Oral 2mg (2 tablets @ bedtime).
Finasteride Oral 5 mg, daily.
Fluticasone Propionate HFA Inhalation (2 puffs twice daily).
Ipratropium/albuterol 14.7 gm MDI 2 puffs, 4 times daily.
Isosorbide Mononitrate Oral 20 mg , 1.5 pills BID.
Lisinopril Oral 20 mg, daily.
Metoprolol Tartrate Oral 25 mg , BID.
Nitroglycerin Sublingual 0.4 mg.
Ranitidine 150 mg BID.
Ranitidine Hcl.
Simvastatin 40 mg (1 tab at bedtime). --0924 (02/24/12) Natasha Shemory, R.N..

### Allergies

NKDA. --0924 (02/24/12) Natasha Shemory, R.N..

### History

Treatment PTA:
EMS treatment PTA verbally communicated. EMS report unavailable. (IV placed at prison-IV NSS given KVO- approx 350cc infused at this time).

PAST MEDICAL HX: Immunizations: has received tetanus within 5 years; seasonal influenza: Has not received pneumonia vaccine.
SOCIAL HX: Nonsmoker. No alcohol use or drug use. A self harm assessment was performed. The patient answered "no" to the question "Do you have thoughts of harming or killing yourself?", "Are you here because you tried to hurt yourself?", "Have you ever tried to hurt yourself before today?" and "Have you recently had thoughts about harming or killing others?". Functional assessment: no impairments noted. The nutritional risk assessment

F.C.1. Allenwood
P.O. Box 2500
White Deer, PA 17887

FEB/27/2012/MON 11:07 AM   SH HEALTH RECORDS          FAX No. 570-321-2138          P. 003/025

FORNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 ER0320 eNursing Record  2/24/2012 1pg   19815-054

revealed no deficiencies. The learning needs assessment revealed no barriers. No report of abuse. No infectious disease exposure.
Arrived by EMS. Historian: patient. --09:40 Natasha Shemory, R.N..

ADDITIONAL SURGERIES:
Stent placement. 09:23 Natasha Shemory, R.N..

Interventions
ID band on patient. Fall risk assessment completed. Risk factors identified include patient age greater than 80 years. To treatment room. --09:40 Natasha Shemory, R.N..

## NURSING PROGRESS NOTES
09:20. Two patient identifiers checked. Cardiac monitor, pulse oximeter and NIBP monitor placed on patient. Patient gowned. Head of bed elevated. Safety instructions reviewed. Side rails up x 2. Bed placed in lowest position. Brakes of bed on. --09:41 Natasha Shemory, R.N.

09:23. EKG was performed by a tech and shown to the ED physician. --09:41 Natasha Shemory, R.N.

09:35. Patient ID band checked for patient name and birthdate. Blood samples drawn from the right antecubital space with butterfly by tech: rainbow set. --09:44 Natasha Shemory, R.N.

09:40. (DR FIERO at pt bedside at this time). --09:44 Natasha Shemory, R.N.

09:48. Portable chest x-ray performed and shown to the ED physician. --09:48 Natasha Shemory, R.N.

09:52. (DR BURKE at pt bedside). --09:52 Natasha Shemory, R.N.

10:02. ASA 325 mg PO. --10:06 Natasha Shemory, R.N.

10:03. NITROGLYCERIN 0.5 inch paste right chest. --10:07 Natasha Shemory, R.N.

10:05. BP: 152/76. HR: 94. RR: 16. O2 saturation: -99 percent on nasal cannula at 2 liter/minute. --10:08 Natasha Shemory, R.N..

## DISPOSITION / DISCHARGE
09:52. Bed requested, pending (6E-TELE-BURKE-ACS). --09:52 Natasha Shemory, R.N.

10:08. Bed obtained and ready (697). --10:08 Natasha Shemory, R.N.

10:30. BP: 154/64. HR: 74. RR: 18. O2 saturation: 98 % room air. Condition at departure: stable. Patient reports pain level on departure as 0/10. Transported via stretcher by nurse with monitor. Fall risk assessment completed. Risk factors identified include patient age greater than 65 years. --10:46 Natasha Shemory, R.N.

Departure time: 1035. --10:46 Natasha Shemory, R.N.

late entry -1030. Temp: deferred. --10:47 Natasha Shemory, R.N..



FEB/27/2012/MON 11:08 AM    SH HEALTH RECORDS          FAX No. 570-321-2138          P. 004/025

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MBD 2/24/2012 BR0320 eNursing Record  2/24/2012 1pg

19815-054

Locked/Released at 02/24/2012 10:47 by Natasha Shemory, R.N.

COPY

FCI Allenwood
PO Box 2500
White Deer, PA 17887

...ica, PA-C
...enwood
3/6/12

FEB/27/2012/MON 11:08 AM    SH HEALTH RECORDS        FAX No. 570-321-2138        P. 005/025

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 ER0334 eOrder Sheet  2/24/2012 1pg    19815-054

**OrderSheet**

**Patient: Furnari, Christopher A**
MRN: 224129
VisitID: 9036792688
Encounter ID: 6045821516
87y, 04/30/1924, M

Williamsport Regional
700 High Street
Williamsport, PA 17701 570-321-2000
Arrival: 02/24/2012 9:19

## ORDER SHEET

Weight:

Allergies: NKDA

**GENERAL ORDERS:**
EKG 12 Lead Stat (09:45 02/24/2012 TFiero M.D.) (9:47 NShemory R.N.)
Chest Portable 1V Stat (09:45 02/24/2012 TFiero M.D.) (9:48 NShemory R.N.)
CBC Stat (09:46 02/24/2012 TFiero M.D.) (9:47 NShemory R.N.)
BMP Stat (09:46 02/24/2012 TFiero M.D.) (9:47 NShemory R.N.)
PT-INR Panel Stat (09:46 02/24/2012 TFiero M.D.) (9:47 NShemory R.N.)
PTT(aPTT) Stat (09:46 02/24/2012 TFiero M.D.) (9:47 NShemory R.N.)
BNP Stat (09:46 02/24/2012 TFiero M.D.) (9:47 NShemory R.N.)
Troponin-I Stat (09:46 02/24/2012 TFiero M.D.) (9:47 NShemory R.N.)
Cardiac Monitor (09:46 02/24/2012 TFiero M.D.) (9:47 NShemory R.N.)
Pulse oximeter (09:46 02/24/2012 TFiero M.D.) (9:47 NShemory R.N.)

**MEDICATION ORDERS:**
Aspirin PO 325 mg (NOW) (09:45 02/24/2012 TFiero M.D.) (10:03 NShemory R.N.)
NitroGLYCERIN Paste Topical 0.5 in. (09:46 02/24/2012 TFiero M.D.) (10:03 NShemory R.N.)
IV Saline Lock (09:46 02/24/2012 TFiero M.D.) (9:48 NShemory R.N.)

**IV FLUIDS:**

**ORDER SHEET NOTES:**

[Electronically signed by Shemory, Natasha R.N. (10:47 02/24/2012)]
[Electronically signed by Fiero, Thomas M.D. (20:03 02/24/2012)]

[Electronically locked/signed by Shemory, Natasha R.N. (10:47 02/24/2012)]

F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887

PA-C
Allenwood
3/6/12

Page 1 of 1

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 ER0308 ePhysician Record   2/24/2012 1pg     19815-054

## Clinical Report - Physicians/Mid Levels

**Patient: Furnari, Christopher A**
MRN: 224129
VisitID: 9036792688
Encounter ID: 6045821516
87y, 04/30/1924, M

Williamsport Regional
700 High Street
Williamsport, PA 17701 570-321-2000
Arrival: 02/24/2012 9:19

Historian- patient.

COPY

### HISTORY OF PRESENT ILLNESS
CHEST PAIN. This started last night and is now gone. It is described as pressure and tightness and it is described as located in the central chest and left chest area. At its maximum, severity described as moderate. He has experienced diaphoresis. No difficulty breathing.

Similar symptoms previously:

Recent medical care: Not recently seen/assessed.

### REVIEW OF SYSTEMS
No fever, chills, cough, pedal edema or calf pain. No fainting episodes, headache, sore throat, blurred vision or abdominal pain. No black stools, difficulty with urination, skin rash, enlarged lymph nodes or joint pain. All systems otherwise negative, except as recorded above.

### PAST HISTORY
See nurses notes. Heart disease. Other disease.

### SOCIAL HISTORY
Nonsmoker. No alcohol use.

### ADDITIONAL NOTES
The nursing notes have been reviewed.

### PHYSICAL EXAM
**Appearance:** Alert. No acute distress.
**Eyes:** Pupils equal, round and reactive to light. Eyes normal inspection.
**ENT:** Ears normal. Nose normal. Pharynx normal.
**Neck:** Normal inspection. Neck supple.
**CVS:** Normal heart rate and rhythm. Heart sounds normal. Pulses normal.
**Respiratory:** No respiratory distress. Breath sounds normal.
**Abdomen:** Soft and nontender. Bowel sounds normal. No organomegaly. No mass.
**Back:** Normal external inspection.
**Skin:** Skin warm. Normal skin color. No rash.
**Extremities:** Extremities exhibit normal ROM. No lower extremity edema.
**Neuro:** Oriented X 3. No motor deficit. No sensory deficit.

F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887



FEB/27/2012/MON 11:09 AM    SH HEALTH RECORDS    FAX No. 570-321-2138    P. 007/025

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 ER0308 ePhysician Record  2/24/2012 1pg    19815-054

## LABS, X-RAYS, AND EKG
**EKG:** Normal sinus rhythm.  Non-specific ST segment / T wave abnormalities.
**Chest X-ray:** Infiltrate present (vs scarring).
**Laboratory Tests:** TROPONIN I:  (COLL: 02/24/2012 09:47)
Order                                                              ( MsgRcvd 02/24/2012 09:47) New

cp

51897364:            ( MsgRcvd 02/24/2012 09:47) Number assigned

APTT:   (COLL: 02/24/2012 09:35)           ( MsgRcvd 02/24/2012 10:13) Final results

| **Test** | **Result** | **Flag** | **Units** | **(Reference)** |
|---|---|---|---|---|
| APTT | 25 | | SEC | (22-34) |

AN IN-VITRO HEPARIN RESPONSE CURVE PERFORMED IN OUR LABORATORY INDICATES THAT A RANGE OF 50-90 SECONDS CORRESPONDS TO A RANGE EQUIVALENT TO 0.2-0.4 IUHEPARIN/ML.

PT/INR:   (COLL: 02/24/2012 09:35)           ( MsgRcvd 02/24/2012 10:13) Final results

| **Test** | **Result** | **Flag** | **Units** | **(Reference)** |
|---|---|---|---|---|
| PT | 11.5 | | SEC | (8.9-11.9) |
| New normal range | | | | |
| INR | 1.1 | | | (0.7-1.18) |

51897360:            ( MsgRcvd 02/24/2012 09:47) Number assigned

PORTABLE CHEST 1 VIEW:           ( MsgRcvd 02/24/2012 09:48) Number assigned

51897294:            ( MsgRcvd 02/24/2012 09:47) Number assigned

## PROGRESS AND PROCEDURES
**Course of Care:** Symptoms better.

**Disposition:** Admitted.  Condition: stable.

## CLINICAL IMPRESSION
Unstable angina.

(Electronically signed by *Fiero, Thomas, Dr. , M.D. 02/24/2012 20:03)

M. Pow____a, FAC
FCC____enwood
3/8/1_

FCI Allen____
PO Box 2___
____ PA ___

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/12/2012 11:53 | | | Facility: | ALM |

Reviewed by Santos, Elizabete D.O., Clinical Director on 03/13/2012 08:33.



** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 27, 2012 10:07:31 AM EST | 570 321 2138 | 518 | 25 | Received |

FEB/27/2012/MON 11:06 AM    SH HEALTH RECORDS        FAX No. 570-321-2138        P. 001/025

1985-054

FURNARI, CHRISTOPHER A MR# 224129 CR0192 Electrocardiogram 2/25/2012 lpg

**FURNARI, CHRISTOPHER A**
Male

224129
Age: 88 Years

24-Feb-2012 09:23:10

| | | |
|---|---|---|
| HR | 70 | · SINUS RHYTHM |
| RR | 857 | · FIRST DEGREE AV BLOCK |
| PR | 224 | · PROBABLE LEFT ATRIAL ABNORMALITY |
| QRSD | 90 | · BORDERLINE R WAVE PROGRESSION, ANTERIOR LEADS |
| QT | 408 | |
| QTc | 441 | |
| -- AXIS -- | | |
| P | 55 | |
| QRS | 1 | |
| T | 57 | · Previous ECG:27-Jun-2011 11:56:11 - ABNORMAL ECG -- |

Susquehanna Health -- The Williamsport Hospital (1-01-12)

Abnormal Confirmed

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

Dept: Urgi Center
Room: 11
Oper: BJD

D.O.B.:4/30/1924
DX:CP

COPY

Standard 12
Requested By: FIIRO

Signed on behalf of: Tobias; Dr. Christopher 23-Feb-2012 10:03

Device: 1110B    Speed: 25 mm/sec    Limb: 10 mm/mV    Chest: 10 mm/mV

Page 1 of 1

F 60~ 0.5-150 Hz W    PH070A P7

# Bureau of Prisons
## Health Services
### Cosign/Review

| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
|---|---|---|---|---|---|
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/12/2012 11:52 | | | Facility: | ALM |

**Reviewed by Santos, Elizabete D.O., Clinical Director on 03/13/2012 08:33.**

COPY