19815-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 RAO101 eRadiology PORTABLE CHEST 1 VIEW   -Acc 2/24/2012 )pg

RADIOLOGY RESULT DOCUMENT
Susquehanna Health System
Williamsport Hospital

PATIENT NAME: FURNARI, CHRISTOPHER RMS ORDER NUMBER: 50001
MEDICAL RECORD# 224129 ORDERED FOR DATE:  Feb 24 2012

THIS DOCUMENT HAS BEEN ELECTRONICALLY VERIFIED
Print Time: 02/24/2012 1:05 PM
Page 1 of 6

(5408837)(SRDRES) PORTABLE CHEST 1 VIEW SEPARATE RESULT? ()
BEGIN RESULT.
ACCOUNT #: 5036792688   FINANCIAL CLASS: N ORD NURSE STATION: EMR
ADMISSION DATE: 02/24/2012   INPATIENT ROOM: 6E-69701 PATIENT CLASS: I
PT UNIT #: 6045821516   DATE OF BIRTH: 04/30/1924   PATIENT PHONE: (570) 547-7950
PATIENT AGE: 87Y PATIENT SEX: M PT ADDRESS PO BOX 2500
ORDERING PHYSICIAN: THOMAS PATRICK FIERO WITH DEER, PA 17887
COPIES TO: THOMAS PATRICK FIERO

Chest Internal Pain -

***Final Report***

ASI BEGIN:
ACCESSION: (5408837)
EXAM: (WED 2213) PORTABLE CHEST 1 VIEW   -Accession #:   5408837
DATE & TIME EXAM COMPLETED: Feb 24 2012  9:52AM
REASON FOR EXAM:  Chest internal pain.
HISTORY: Chest internal pain per request.  The patient relates left-sided anterior chest pain.

COMPARISON:  10/21/2010

INTERPRETATION: Portable Single-View Chest:  Portable AP semi-erect examination obtained in the ED at 0940 hours reveals mild, ill-defined
pulmonary parenchymal opacity or probable pneumonia within the left lung base superimposed upon a background of COPD. Parenchymal and pleural
scarring is present in the upper right lung zone where previously had been moderate pneumonia. The heart is not enlarged.  Mild aortic dilatation
and uncoiling with calcific plaquing is present. What are felt to be faint nipple shadows project in both mid lung zones.

IMPRESSION:  Portable chest examination reveals what is felt to be mild left lung base pneumonia as described.

READ BY: ROBERT O FRANCE, M.D.
******Results Electronically Verified******
Transcribed by: JPP  Transcribed Date: Feb 24 2012  1:09P

READING DOCTOR: (1129759 )
READING DATE: ()
TRANSCRIBED BY: ()
SPECIAL CASE: ()
TRACKING CASE: ()
CPT MODIFIER(S): ()
RELEASE RESULT: (Y)

page 1 of 1

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | Sex: | M | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | | | Race: | WHITE |
| Scanned Date: | 03/12/2012 11:52 | | | Facility: | ALM |

Reviewed by Santos, Elizabete D.O., Clinical Director on 03/13/2012 08:33.

COPY

FEB/27/2012/MON 11:11 AM   SH HEALTH RECORDS     FAX No. 570-321-2138        P. 016/025

19815-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 LB0100 eLaboratory Results Final Report  2/25/2012 1pg

# Susquehanna Health System

**WILLIAMSPORT HOSPITAL**
777 RURAL AVENUE
WILLIAMSPORT, PA 17701

**FURNARI, CHRISTOPHER**

| | |
|---|---|
| Patient MRN: 224129 | Orgz: |
| Visit ID: 9036792688 | Location: |
| Visit ext ID :6045821516 | Sex: M |

Patient Phone: 570-547-7950
Birth Date: 04/30/1924
**Copy To: DIS**

570 321 2300
Doctor: BURKE, THOMAS

COPY

## CHEMISTRY

| Test Name | Reference Range | Units of Measure | 02/24/2012 11:20 | 02/24/2012 09:35 | | PF |
|---|---|---|---|---|---|---|
| NA | 135-145 | mmol/L | | 140 | | W 1 |
| K | 3.5-5.1 | mmol/L | | 4.1 | | W 1 |
| CL | 99-109 | mmol/L | | 107 | | W 1 |
| CO2 | 20.0-31.0 | mmol/L | | 28.3 | | W 1 |
| Anion Gap | 7-15 | mmol/L | | 9 | | W 1 |
| BUN | 9-23 | mg/dL | | 26 | H | W 1 |
| CREAT | 0.7-1.3 | mg/dL | | 1.35 | H | W 1 |
| | | | | =1= | | |
| GFR Estimated | > 60 | mL/min | | 49.90 | L | W 1 |
| GLUC | 74-100 | mg/dL | | 95 | | W 1 |
| CALCIUM | 8.7-10.4 | mg/dL | | 9.3 | | W 1 |
| MAG | 1.3-2.7 | mg/dL | 2.1 | | | W 1 |
| CKMB | 0.2-5.0 | ng/mL | 1.7 | | | W 1 |
| TROPONIN I | < 0.04 | ng/mL | < 0.01 | 0.010 | | W 1 |
| | | | =2= | =2= | | |
| CK | 32-294 | U/L | 62 | | | W 1 |
| LDL-DIRECT | | mg/dL | 33 | | | W 1 |
| | | | =3= | | | |

**Comments**
=1= Adult normal Est. GFR values are >60. Estimated GFR is not accurate and not calculated on adolescents and children. Normal values and the calculation of an estimated GFR are based on National Kidney Disease Education Program. http://www.nkdep.nih.gov

**Final Report**
**FURNARI, CHRISTOPHER**
Report as of 02/25/2012 02:01

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

FEB/27/2012/MON 11:11 AM   SH HEALTH RECORDS          FAX No. 570-321-2138          P. 017/025

19815-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 LB0100 eLaboratory Results Final Report 2/25/2012 lpg

# Susquehanna Health System

| **WILLIAMSPORT HOSPITAL** | Patient MRN: 224129 | **FURNARI, CHRISTOPHER** |
|---|---|---|
| 777 RURAL AVENUE | Visit ID: 9036792688 | Orgz: |
| WILLIAMSPORT, PA 17701 | Visit ext ID :6045821516 | Location: |
| | | Sex: M |

Patient Phone: 570-547-7950
Birth Date: 04/30/1924
Copy To: DIS

570 321 2300
Doctor: BURKE, THOMAS

COPY

=2= A cutoff of 0.78 ng/mL is recommended for diagnosis of acute myocardial infarct. Levels between 0.04 ng/mL and 0.78 ng/mL are borderline for clinical acute myocardial infarct but do correlate with myocardial injury.
=3= LDL-DIRECT:
  <100 mg/dL  DESIRABLE
  100-129 mg/dL  NEAR TO ABOVE DESIRABLE
  130-159 mg/dL  BORDERLINE HIGH
  160-189 mg/dL  HIGH
  >190 mg/dL  VERY HIGH

| Test Name | Reference Range | Units of Measure | 02/24/2012 09:35 | | |
|---|---|---|---|---|---|
| BNP | 2-100 | pg/mL | 74 | | PF |
| | | | | | W |
| | | | =1= | | 1 |

**Comments**
=1= >100 - SUGGESTS CONGESTIVE HEART FAILURE

M. P___onda, PA-C
FCC Allenwood
2/8/12

**Final Report**
**FURNARI, CHRISTOPHER**
Report as of 02/25/2012 02:01

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

Page 2 of 1

Page 2 of 4

FEB/27/2012/MON 11:12 AM    SH HEALTH RECORDS        FAX No. 570-321-2138        P. 018/025

19815-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 LB0100 eLaboratory Results Final Report  2/25/2012 1pg

# Susquehanna Health System

**WILLIAMSPORT HOSPITAL**
777 RURAL AVENUE
WILLIAMSPORT, PA 17701

**FURNARI, CHRISTOPHER**
Patient MRN: 224129                           Orgz:
Visit ID: 9036792688                          Location:
Visit ext ID :6045821516                      Sex: M

Patient Phone: 570-547-7950
Birth Date: 04/30/1924
**Copy To:** DIS

570 321 2300
Doctor: BURKE, THOMAS

COPY

## HEMATOLOGY

| Test Name | Reference Range | Units of Measure | 02/24/2012 09:35 | | PF |
|---|---|---|---|---|---|
| WBC | 4.0-11.0 | THOU | 8.0 | | W 1 |
| RBC | 4.2-5.4 | MIL | 4.35 | | W 1 |
| HGB | 13.0-17.0 | G/DL | 13.2 | | W 1 |
| HCT | 42.0-52.0 | % | 40.2 | L | W 1 |
| MCV | 81-96 | CUMIC | 92.5 | | W 1 |
| MCH | 26-33 | pg | 30.4 | | W 1 |
| MCHC | 32-36 | CUMIC | 32.8 | | W 1 |
| RDW | 11.0-15.0 | % | 13.9 | | W 1 |
| PLT | 160-375 | THOU | 217 | | W 1 |
| NE% | 45-75 | % | 79.5 | H | W 1 |
| LY% | 20-45 | % | 13.5 | L | W 1 |
| MO% | 0-15 | % | 6.2 | | W 1 |
| EO% | 0.7-5.2 | % | 0.4 | L | W 1 |
| BA% | 0.0-1.5 | % | 0.4 | | W 1 |
| NE# | 1.7-6.7 | # | 6.3 | | W 1 |
| LY# | 1.1-3.3 | # | 1.1 | | W 1 |
| MO# | 0.1-1.6 | # | 0.5 | | W 1 |
| EO# | 0.0-0.5 | # | 0.0 | | W 1 |
| BA# | 0.0-0.3 | # | 0.0 | | W 1 |
| NRBC% | 0 | % | 0.0 | | W 1 |

M. Po——e, PA-C
FC——llenwood
3/5/12

**Final Report**
**FURNARI, CHRISTOPHER**
Report as of 02/25/2012 02:01

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

FEB/27/2012/MON 11:12 AM   SH HEALTH RECORDS      FAX No. 570-321-2138      P. 019/025

19815-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 LB0100 eLaboratory Results Final Report 2/25/2012 lpg

# Susquehanna Health System

**WILLIAMSPORT HOSPITAL**
777 RURAL AVENUE
WILLIAMSPORT, PA 17701

**FURNARI, CHRISTOPHER**
Patient MRN: 224129      Orgz:
Visit ID: 9036792688      Location:
Visit ext ID :6045821516   Sex: M

570 321 2300
Doctor: BURKE, THOMAS

Patient Phone: 570-547-7950
Birth Date: 04/30/1924
Copy To: DIS

COPY

NRBC#        0              #         0.0                      1
                                                              W
                                                              1

| Test Name | Reference Range | Units of Measure | 02/24/2012 09:35 | | |
|-----------|-----------------|------------------|------------------|---|---|
| PT | 8.9-11.9 | SECONDS | 11.5 | | PF W 1 |
| INR | 0.7-1.18 | | =1= 1.1 | | W 1 |
| APTT | 22-34 | SECONDS | 25 | | W 1 W 1 |
| | | | =2= | | |

**Comments**
=1= New normal range
=2= AN IN-VITRO HEPARIN RESPONSE CURVE PERFORMED IN OUR LABORATORY INDICATES THAT A RANGE OF 50-90 SECONDS CORRESPONDS TO A RANGE EQUIVALENT TO 0.2-0.4 IU HEPARIN/ML.

**KEY:**
H:High          L:Low

**Testing Performed at:**
W1: WILLIAMSPORT HOSPITAL 777 RURAL AVENUE  WILLIAMSPORT, PA 17701
DONALD LEATHERS, DIRECTOR CLINICAL LAB, MD

M. Po___a, PA-C
FCI Allenwood

**Final Report**
**FURNARI, CHRISTOPHER**
Report as of 02/25/2012 02:01

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

Page 4 of 1

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex:   M | Race: | WHITE |
| Scanned Date: | 03/12/2012 11:50 | | Facility: | ALM |

**Reviewed by Santos, Elizabete D.O., Clinical Director on 03/13/2012 08:33.**

COPY

FEB/27/2012/MON 11:10 AM   SH HEALTH RECORDS        FAX No. 570-321-2138        P. 012/025

1985-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 CN0200 eTWH Consult Cosign  2/24/2012 1pg

## Susquehanna Health

**Williamsport Hospital**
**HEALTH RECORDS**

| | |
|---|---|
| Name: | FURNARI, CHRISTOPHER A |
| M.R.# | 224129 |
| Date of Birth: | 04/30/1924 |
| Dictating Physician: | Scott C Rosenbaum, PA-C |
| Attending Physician: | Joseph P. Bering, M.D. |
| Room: | 6E  697 01 |
| Admit Date: | 02/24/2012 |
| Discharge Date: | |
| Encounter #: | 6045821516 |

CONSULTATION REPORT

Date: 02/24/2012     Ordering Physician: Thomas V. Burke, M.D.

Scott Rosenbaum, PA-C dictating for Joseph P. Bering, MD.

ATTENDING PHYSICIAN: Thomas V. Burke, MD

CHIEF COMPLAINT: Chest pain.

HISTORY OF PRESENT ILLNESS: This is an 87-year-old male with known CAD with history of PTCA and stent placement in the proximal to mid LAD in September of 2006 who also has issues with hypertension, COPD, and multiple episodes of pneumonia who reported here from the Lewisburg Federal Penitentiary due to chest pain. The patient reports that around 11 o'clock last night he developed chest pain. This lasted and was pretty much unrelenting for 5 hours. He had no other symptoms associated with his chest pain. This chest pain was on the left side of his chest and did not radiate anywhere. He denies having any problems with excessive fatigue, palpitations, shortness of breath, dyspnea on exertion, orthopnea, PND, wheezing, abdominal pain, heartburn, indigestion, nausea or vomiting, lower extremity edema, dizziness, lightheadedness, or syncope. The patient has also been having a cough for approximately 2 months.

The patient took 5 nitroglycerin of his own without relief of his chest pain. Apparently, the patient went to the infirmary at the prison and was given 2 more nitroglycerin and did notice some relief. By the time the patient arrived in our emergency department, he did not have pain. He reports that there was nothing that exacerbated or alleviated his pain. This did come on while he was lying down. The patient says that his pain was 10/10 at that time.

PAST MEDICAL HISTORY: CAD, anterior apical wall MI, hyperlipidemia, hypertension, COPD, BPH, DJD, GERD, and history of positive PPD.

PAST SURGICAL HISTORY: PTCA and stent placement in September of 2006.

FAMILY HISTORY: Noncontributory.

SOCIAL HISTORY: The patient is incarcerated at the Lewisburg Federal Penitentiary. He is a former heavy smoker but has stopped. He does not

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

M. P——— PA-C
FC——————
3/1/11

FEB/27/2012/MON 11:10 AM   SH HEALTH RECORDS        FAX No. 570-321-2138           P. 013/025

19815-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 CN0200 eTWH Consult Cosign  2/24/2012 1pg

## Susquehanna Health

**Williamsport Hospital**
**HEALTH RECORDS**

| | |
|---|---|
| Name: | FURNARI, CHRISTOPHER A |
| M.R.# | 224129 |
| Date of Birth: | 04/30/1924 |
| Dictating Physician: | Scott C Rosenbaum, PA-C |
| Attending Physician: | Joseph P. Bering, M.D. |
| Room: | 6E  697 01 |
| Admit Date: | 02/24/2012 |
| Discharge Date: | |
| Encounter #: | 6045821516 |

use alcohol or illegal drugs.

CURRENT MEDICATIONS: In the hospital:

1. Albuterol HFA 180 mcg 4 times a day.
2. Albuterol/ipratropium 2 puffs 4 times a day.
3. Colace 100 mg twice a day.
4. Doxazosin 4 mg at bedtime.
5. Famotidine 20 mg twice a day.
6. Finasteride 5 mg daily.
7. Fondaparinux 2.5 mg subcutaneously every 24 hours.
8. Isosorbide mononitrate 30 mg twice a day.
9. Lisinopril 20 mg daily.
10. Metoprolol tartrate 25 mg twice a day.
11. Mometasone 220 mcg 440 mcg inhaled each evening.
12. Simvastatin 40 mg at bedtime.

ALLERGIES: No known diagnosed allergies.

REVIEW OF SYSTEMS: A complete 10-point review of systems was performed on this patient. Please see the HPI for all pertinent positive and negative review of systems.

PHYSICAL EXAMINATION: GENERAL: This is an elderly white male in no apparent distress. He appears well nourished and well developed. VITAL SIGNS: Temperature 36.9, pulse 65, respiratory rate 22, O2 saturation 100% on 2L, blood pressure 154/74. HEENT: NCAT. EOMI. Sclerae are anicteric. Oral mucosa was moist. Throat was benign. NECK: Supple without thyromegaly or bruits. Carotid pulses were equal bilaterally at 2+. HEART: Regular rate and rhythm without murmur, rub, or gallop. S1 and S2 appeared to be normal. No lifts, heaves, or thrills were noted. LUNGS: With bilateral expiratory wheezes. These were scattered throughout all lung fields. No consolidation was noted. ABDOMEN: Soft and nontender without rebound, guarding, or organomegaly. No bruits were noted. EXTREMITIES: Peripheral pulses were mildly diminished in the lower extremities at 1+. The upper extremities appeared to be normal at 2+. There was no peripheral edema. SKIN: Warm and dry without significant rashes or lesions.

EKG: Sinus rhythm with a rate of 70 beats per minute, first-degree AV block, probable left atrial abnormality, borderline R-wave progression in the anterior leads.

LABORATORIES: The patient has had cardiac enzymes drawn since his admission. His troponin is less than 0.01 with a CK of 62 and CK-MB of 1.7. The patient's renal function is somewhat diminished from previous

Page 2 of 4

COPY

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

3/8/12

FEB/27/2012/MON 11:10 AM   SH HEALTH RECORDS          FAX No. 570-321-2138          P. 013/025

19815-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 CN0200 eTWH Consult Cosign 2/24/2012 1pg

## Susquehanna Health

Williamsport Hospital
### HEALTH RECORDS

| | |
|---|---|
| Name: | FURNARI, CHRISTOPHER A |
| M.R.# | 224129 |
| Date of Birth: | 04/30/1924 |
| Dictating Physician: | Scott C Rosenbaum, PA-C |
| Attending Physician: | Joseph P. Bering, M.D. |
| Room: | 6E  697 01 |
| Admit Date: | 02/24/2012 |
| Discharge Date: | |
| Encounter #: | 6045821516 |

use alcohol or illegal drugs.

CURRENT MEDICATIONS: In the hospital:

1. Albuterol HFA 180 mcg 4 times a day.
2. Albuterol/ipratropium 2 puffs 4 times a day.
3. Colace 100 mg twice a day.
4. Doxazosin 4 mg at bedtime.
5. Famotidine 20 mg twice a day.
6. Finasteride 5 mg daily.
7. Fondaparinux 2.5 mg subcutaneously every 24 hours.
8. Isosorbide mononitrate 30 mg twice a day.
9. Lisinopril 20 mg daily.
10. Metoprolol tartrate 25 mg twice a day.
11. Mometasone 220 mcg 440 mcg inhaled each evening.
12. Simvastatin 40 mg at bedtime.

ALLERGIES: No known diagnosed allergies.

REVIEW OF SYSTEMS: A complete 10-point review of systems was performed on this patient. Please see the HPI for all pertinent positive and negative review of systems.

PHYSICAL EXAMINATION: GENERAL: This is an elderly white male in no apparent distress. He appears well nourished and well developed. VITAL SIGNS: Temperature 36.9, pulse 65, respiratory rate 22, O2 saturation 100% on 2L, blood pressure 154/74. HEENT: NCAT. EOMI. Sclerae are anicteric. Oral mucosa was moist. Throat was benign. NECK: Supple without thyromegaly or bruits. Carotid pulses were equal bilaterally at 2+. HEART: Regular rate and rhythm without murmur, rub, or gallop. S1 and S2 appeared to be normal. No lifts, heaves, or thrills were noted. LUNGS: With bilateral expiratory wheezes. These were scattered throughout all lung fields. No consolidation was noted. ABDOMEN: Soft and nontender without rebound, guarding, or organomegaly. No bruits were noted. EXTREMITIES: Peripheral pulses were mildly diminished in the lower extremities at 1+. The upper extremities appeared to be normal at 2+. There was no peripheral edema. SKIN: Warm and dry without significant rashes or lesions.

EKG: Sinus rhythm with a rate of 70 beats per minute, first-degree AV block, probable left atrial abnormality, borderline R-wave progression in the anterior leads.

LABORATORIES: The patient has had cardiac enzymes drawn since his admission. His troponin is less than 0.01 with a CK of 62 and CK-MB of 1.7. The patient's renal function is somewhat diminished from previous

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

3/8/12

Page 2 of 4

FEB/27/2012/MON 11:11 AM   SH HEALTH RECORDS          FAX No. 570-321-2138          P. 014/025

19815-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MBD 2/24/2012 CN0200 eTWA Consult Cosign 2/24/2012 1pg

## Susquehanna Health

Williamsport Hospital
**HEALTH RECORDS**

| Name: | FURNARI, CHRISTOPHER A |
|---|---|
| M.R.# | 224129 |
| Date of Birth: | 04/30/1924 |
| Dictating Physician: | Scott C Rosenbaum, PA-C |
| Attending Physician: | Joseph P. Bering, M.D. |
| Room: | 6E  697 01 |
| Admit Date: | 02/24/2012 |
| Discharge Date: | |
| Encounter #: | 6045821516 |



admissions. His BUN is 26 with creatinine of 1.35 and GFR estimated at 49.90.

ASSESSMENT:

1. Chest pain that is not cardiac in nature. The patient had 5 hours of unrelenting chest pain without EKG changes or cardiac enzymes elevations. The patient is currently pain free. This is not an indication of acute coronary syndrome (ACS) or ischemia.
2. Coronary artery disease (CAD) with history of percutaneous transluminal coronary angioplasty (PTCA) and stents of the proximal to mid left anterior descending (LAD) on September 6, 2006. A repeat catheterization was done on March 14, 2007, and was within normal limits.
3. Chronic obstructive pulmonary disease (COPD), which appears to be stable at this time. The patient has had a cough for approximately 2 months.
4. History of multiple admissions for pneumonia in the past with an episode of methicillin-resistant Staphylococcus aureus (MRSA) sepsis with pneumonia.
5. Hypertension, which is not optimally controlled at this time.

RECOMMENDATIONS: The patient was seen and discussed with Dr Bering today. With the length of time that the patient was having chest pain and no EKG changes or cardiac enzymes elevations, this is not acute coronary syndrome or ischemia. I would not recommend any further cardiac testing on this patient. At this point, we would recommend optimally controlling the patient's hypertension as well as his other medical problems.

Thank you for allowing us to participate in this patient's care.

_____
Scott C Rosenbaum, PA-C

_____
Joseph P. Bering, M.D.

SCR/opt
Dictating Physician: 301316/Other Physician: 208009
Dictated Date: 02/24/2012 1:35 P  000026390
Transcribed Date: 02/25/2012 1:51 P 1047947
cc:  Thomas V. Burke, M.D.

Page 3 of 4

FEB/27/2012/MON 11:11 AM   SH HEALTH RECORDS        FAX No. 570-321-2138        P. 015/025

1985-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 CN0200 eTWH Consult Cosign 2/24/2012 lpg

## Susquehanna Health

**Williamsport Hospital**
**HEALTH RECORDS**

| Name: | FURNARI, CHRISTOPHER A |
|---|---|
| M.R.# | 224129 |
| Date of Birth: | 04/30/1924 |
| Dictating Physician: | Scott C Rosenbaum, PA-C |
| Attending Physician: | Joseph P. Bering, M.D. |
| Room: | 6E  697 01 |
| Admit Date: | 02/24/2012 |
| Discharge Date: | |
| Encounter #: | 6045821516 |

Scott C Rosenbaum, PA-C

COPY

Signed by ROSENBAUM, SCOTT C P.A. on 27-Feb-2012 08:40:40 -05:00

PA-C
FCI Allenwood

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/12/2012 11:49 | | | Facility: | ALM |

Reviewed by Santos, Elizabete D.O., Clinical Director on 03/13/2012 08:34.

COPY

FEB/27/2012/MON 11:09 AM   SH HEALTH RECORDS        FAX No. 570-321-2138                P. 009/025

A815-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 8P0106 eTWH History and Physical 2/24/2012 1pg

## Susquehanna Health

**Williamsport Hospital**
**HEALTH RECORDS**

| | |
|---|---|
| Name: | **FURNARI, CHRISTOPHER A** |
| M.R.# | **224129** |
| Date of Birth: | **04/30/1924** |
| Dictating Physician: | **Thomas V. Burke, M.D.** |
| Attending Physician: | **Thomas V. Burke, M.D.** |
| Room: | **6E 697-01** |
| Admit Date: | **02/24/2012** |
| Discharge Date: | |
| Encounter #: | **6045821516** |

COPY

### HISTORY AND PHYSICAL EXAMINATION

This 87-year-old man is admitted with chest pain.

HISTORY OF PRESENT ILLNESS: The patient has a history of coronary artery disease. In 2006 he had an acute anterior wall myocardial infarction for which he underwent angioplasty and stent placement in the left anterior descending . He was re-admitted in 2007 at which time he again had chest pain with cardiac catheterization which showed the stents were opened with no significant obstructive coronary disease. A subsequent admission in 2008 was for a left lower lobe pneumonia successfully treated. Another admission in August 2010 was also for pneumonia which resolved with antibiotic therapy. Video bronchoscopy was performed at that time and he did have MRSA sepsis with the pneumonia. He has done well since that admission until the evening before this admission when he experienced the onset of precordial sharp pain which occurred before he went to bed. He was able to doze off and on during the night. He had taken a total of five nitroglycerin over night with only marginal improvement in the pain. He then went to the prison infirmary where he received two additional nitroglycerin with good pain relief. By the time he arrived in the emergency room he was pain free. He did not feel short of breath. He was not diaphoretic. He did not have nausea or vomiting. He did not feel dizzy or lightheaded. He has chronic venous insufficiency for which he wears support stockings. He has not been having chest pains and has not required nitroglycerin before the current episode.

PAST MEDICAL HISTORY: His past medical history is significant for coronary artery disease as noted. He has prostatic hypertrophy, hypertension and COPD. He has had the previous pneumonias and methicillin-resistant staph aureus sepsis also as noted above. He has COPD. He is known to be PPD positive but has never had chemotherapy for TB.

SOCIAL HISTORY: He is incarcerated in federal prison. He had been a heavy cigarette smoker until 18 years ago when he quit.

FAMILY HISTORY: Family history is noncontributory.

REVIEW OF SYSTEMS: Review of systems is negative for recent significant weight change. He has not been having fevers or chills. Cardiovascular as

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887



PA-C
Allenwood
3/6/12

FEB/27/2012/MON 11:09 AM    SH HEALTH RECORDS          FAX No. 570-321-2138          P. 010/025

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 HP0106 eTWH History and Physical 2/24/2012 lpg

19815-054

## Susquehanna Health

Williamsport Hospital
**HEALTH RECORDS**

| | |
|---|---|
| Name: | FURNARI, CHRISTOPHER A |
| M.R.# | 224129 |
| Date of Birth: | 04/30/1924 |
| Dictating Physician: | Thomas V. Burke, M.D. |
| Attending Physician: | Thomas V. Burke, M.D. |
| Room: | 6E 697 01 |
| Admit Date: | 02/24/2012 |
| Discharge Date: | |
| Encounter #: | 6045821516 |

in the HPI. Respiratory: He does have a cough productive of scant amounts of white sputum. He has not been increasingly short of breath. Gastrointestinal: Negative for reflux. He has no history of ulcers. No significant bowel problems. Genitourinary: Negative for renal stones or kidney infections. He does have prostatic hypertrophy but is able to pass urine without difficulty.

Endocrine: He is not diabetic. He has no thyroid history. Musculoskeletal: Negative for significant arthritis. Neurologic: He has no history of stroke or seizure seen. He has no history of anemia or easy bleeding or bruising. Psychiatric: Negative for anxiety or depression. Skin: Negative for rash. The remainder of review of systems is negative.

PHYSICAL EXAMINATION: General: On exam he is a well-developed, well-nourished man who is lying comfortably semirecumbent in bed. He is awake, alert and oriented.

Vital signs: Temperature is 36.6. Heart rate 72 and regular, respiratory rate 20, blood pressure is 140/70, hemoglobin saturation on oxygen at 2 liters per minute is 95%

HEENT: Head is normocephalic. Eyes: Extraocular muscles are intact. Conjunctiva is clear. Nose is straight. Pharynx is without erythema or exudate. Oral mucosa is moist and intact. Tongue is not enlarged.

Neck: He is without JVD. Trachea is midline. Cervical and supraclavicular adenopathy is negative. There is no thyromegaly.

Lungs: Lungs are resonant to percussion with somewhat diminished breath sounds bilaterally but are clear to auscultation.

Heart: Heart is regular. There are no gallops, murmurs or rubs. First and second heart sounds are normal.

Abdomen: Abdomen is quiet and soft. There are no masses, no organomegaly.

Extremities: Extremities are without clubbing, cyanosis or edema. There is no joint swelling or tenderness.

Neurologic: There are no focal deficits.

LABORATORY DATA: Chest radiograph shows scarring in the right upper lobe and perhaps in the left lower lobe as well but is improved from chest radiograph in 2010. EKG does not have acute changes and is not

Page 2 of 3

Page 2 of 3

FEB/27/2012/MON 11:10 AM   SH HEALTH RECORDS     FAX No. 570-321-2138        P. 011/025

19815-054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 HP0106 eTWH History and Physical 2/24/2012 1pg

## Susquehanna Health

Williamsport Hospital
HEALTH RECORDS

| | |
|---|---|
| Name: | FURNARI, CHRISTOPHER A |
| M.R.# | 224129 |
| Date of Birth: | 04/30/1924 |
| Dictating Physician: | Thomas V. Burke, M.D. |
| Attending Physician: | Thomas V. Burke, M.D. |
| Room: | 6E 697 01 |
| Admit Date: | 02/24/2012 |
| Discharge Date: | |
| Encounter #: | 6045821516 |

significantly different from a cardiogram of June 2011, blood urea nitrogen is 26, creatinine 1.4, calcium 9.3 troponin 0.01, hemoglobin 13.2, white count 8.0, platelets 217,000.

ASSESSMENT:

1.  Chest pain perhaps acute coronary syndrome.
2.  History of coronary artery disease.
3.  Chronic obstructive pulmonary disease.
4.  Prostatic hypertrophy.
5.  History of positive PPD.

COPY

PLAN: Will repeat cardiac enzymes, monitor, consult cardiology, treat with nitrates as needed.

Thomas V. Burke, M.D.

TVB/scf
Dictating Physician: 201004/Other Physician:
Dictated Date: 02/24/2012 10:34 A  000026118
Transcribed Date: 02/24/2012 11:06 A 1047778
cc:  Thomas V. Burke, M.D.

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

# Bureau of Prisons
## Health Services
### Cosign/Review

| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
|---|---|---|---|---|---|
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/12/2012 11:48 | | | Facility: | ALM |

Reviewed by Santos, Elizabete D.O., Clinical Director on 03/13/2012 08:34.



19815 054

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 DS0100 @TWH Discharge Summary 2/24/2012 1pg

## Susquehanna Health

Williamsport Hospital
**HEALTH RECORDS**

| | |
|---|---|
| Name: | FURNARI, CHRISTOPHER A |
| M.R.# | 224129 |
| Date of Birth: | 04/30/1924 |
| Dictating Physician: | Thomas V. Burke, M.D. |
| Attending Physician: | Thomas V. Burke, M.D. |
| Room: | 6E 697 01 |
| Admit Date: | 02/24/2012 |
| Discharge Date: | 02/24/2012 |
| Encounter #: | 6045821516 |

### DISCHARGE SUMMARY



REASON FOR ADMISSION: This 87-year-old man is admitted with chest pain.

For details of the admission, see the History and Physical dictated earlier today.

ADMITTING DIAGNOSES:

1. Chest pain, acute coronary syndrome.
2. Chronic obstructive pulmonary disease (COPD).
3. Renal insufficiency.
4. Hypertension.
5. Gastroesophageal (GE) reflux.

HOSPITAL COURSE: The patient was admitted to a monitored bed. Initial cardiac enzymes were negative. He was seen in consultation by Cardiology. The previous cardiac catheterization films were reviewed by Cardiology. It was felt that this did not represent angina or chest pain of coronary origin. The patient is being discharged back to the prison for followup at the prison infirmary. It is noted that his creatinine is mildly elevated at 1.35 with BUN of 26. These were 13 and 0.92 respectively in August of 2010. He is discharged in good condition.

DISCHARGE DIAGNOSES:

1. Chest pain of musculoskeletal origin.
2. Chronic obstructive pulmonary disease (COPD).
3. History of coronary artery disease.

M. Po____a, PA-C
FC____enwood
3/8/11

**Page 1 of 3**

Page 1 of 3

MAR/01/2012/THU 10:33 AM   SH HEALTH RECORDS      FAX No. 570-321-2138      P. 013/055

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 DS0100 eTWH Discharge Summary 2/24/2012 1pg

## Susquehanna Health

Williamsport Hospital
**HEALTH RECORDS**

| | |
|---|---|
| Name: | **FURNARI, CHRISTOPHER A** |
| M.R.# | **224129** |
| Date of Birth: | **04/30/1924** |
| Dictating Physician: | **Thomas V. Burke, M.D.** |
| Attending Physician: | **Thomas V. Burke, M.D.** |
| Room: | **6E 697 01** |
| Admit Date: | **02/24/2012** |
| Discharge Date: | **02/24/2012** |
| Encounter #: | **6045821516** |

4. Gastroesophageal (GE) reflux.
5. Renal failure.
6. Prostatic hypertrophy.

DISCHARGE MEDICATIONS:

1. Albuterol MDI 2 puffs QID.
2. Combivent 2 puffs QID.
3. Colace 100 mg BID.
4. Cardura 4 mg at bedtime.
5. Ranitidine 150 mg BID.
6. Proscar 5 mg daily.
7. Imdur 30 mg BID.
8. Prinivil 20 mg daily.
9. Lopressor 25 mg BID.
10. Simvastatin 40 mg at bedtime.
11. Fluticasone 2 puffs BID.



RECOMMENDATIONS: Repeat BMP in a week to follow the BUN and creatinine.

M. Panda, PA-C
FCI Allenwood
3/8/12

CC:    *Lewisburg Federal Penitentiary

**Page 2 of 3**

Page 2 of 3

MAR/01/2012/THU 10:33 AM   SH HEALTH RECORDS      FAX No. 570-321-2138        P. 014/055

FURNARI, CHRISTOPHER A Enc# 6045821516 IPT MED 2/24/2012 DS0100 eTWH Discharge Summary  2/24/2012 1pg

## Susquehanna Health

**Williamsport Hospital**
**HEALTH RECORDS**

| | |
|---|---|
| Name: | FURNARI, CHRISTOPHER A |
| M.R.# | 224129 |
| Date of Birth: | 04/30/1924 |
| Dictating Physician: | Thomas V. Burke, M.D. |
| Attending Physician: | Thomas V. Burke, M.D. |
| Room: | 6E  697 01 |
| Admit Date: | 02/24/2012 |
| Discharge Date: | 02/24/2012 |
| Encounter #: | 6045821516 |

COPY

_____
Thomas V. Burke, M.D.

TVB/opt
Dictating Physician: 201004/ Other Physician:
Dictated Date:02/24/2012  2:35 P 000026507
Transcribed Date: 02/27/2012 11:02 A 1048067
cc:  Thomas V. Burke, M.D.
     D Copy

Signed by BURKE, THOMAS V. M.D. on 27-Feb-2012 14:11:38 -05:00

**Page 3 of 3**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/12/2012 11:43 | | | Facility: | ALM |

**Reviewed by Santos, Elizabete D.O., Clinical Director on 03/13/2012 08:34.**



03/02/12   02:49 PM CST   Sfp via VSI-FAX                    Page 1 of 2 #242433   8

U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI, 65808
(417) 862-7041

***  SENSITIVE BUT UNCLASSIFIED  ***
FINAL REPORT

Register Number : 19815-054
Name           :                                    Age
Location       : FURNARI, CHRISTOPHER               Sex
Admit. Physician : FCI ALLENWOOD MED (AIM)          Room
Order. Physician : POWANDA PA                       Accession Number    9212
Collected      : POWANDA PA
               : 03/01/12 @ 10:30 by: RE

| Test | Result | | Flag | Reference Range/Units | Tech |
|------|--------|---|------|----------------------|------|
| BASIC METABOLIC | | | | | |
| Glucose | 86 | | | 70 - 110 mg/dL | KE SP |
| Urea Nitrogen | 26 | | HI | 7 - 22 mg/dL | KE SP |
| Creatinine IDMS | 1.20 | | | 0.66 - 1.25 mg/dL | KE SP |
| GFR | 57 | | | | KS SP |

GFR units measured as mL\min\1.73 m^2.
If African American, multiply by 1.210.
A calculated GFR < 60 suggests chronic
kidney disease, if found over a 3 month
period.

| SodiumI | 143 | | | 137 - 148 mmol/L | KE SP |
| PotassiumI | 4.6 | | | 3.5 - 5.0 mmol/L | KE SP |
| ChlorideI | 107 | | | 99 - 110 mmol/L | KE SP |
| CalciumI | 9.1 | | | 8.5 - 10.9 mg/dL | KE SP |

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

M. Powanda, PA-C
FCI Allenwood
3 6 12

Legend
LO=Low  AL=Alarm Low  HI=High  AH=Alarm High  AB=Abnormal
EL=Less than Clinically Reportable Range
EH=Greater than Clinically Reportable Range

Name          : FURNARI, CHRISTOPHER                Location : AIM
Register Number : 19815-054                         Page     : 1 OF 1
Printed       : 03/02/2012 @ 14:30

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/05/2012 12:39 | | | Facility: | ALM |

**Reviewed by Santos, Elizabete D.O., Clinical Director on 03/05/2012 14:39.**

COPY

00 15 11 011 #5265
Rev. 2/10/11

19815-054

Discharge
Date:_____Time_____

Discharged
to_____Via_____

COPY

### PATIENT CARE INSTRUCTIONS
O See pre-printed instructions
O See Discharge Instructions – Referral Form
O See Discharge Instruction – Nursing Care Plan
⊕ **Do not smoke tobacco (cigarettes, cigars, or pipes) or use smokeless tobacco (chew or snuff). Tobacco hurts your health. Even being near someone who smokes hurts your health. Tobacco hurts your lungs, heart, blood vessels, and brain. Tobacco keeps wounds from healing well.**
If you smoke and would like to quit, we want to help you! Call: 1-800-264-1290 for more information.

### EQUIPMENT / SUPPLIES

_____
_____
_____
_____
_____

### COMMUNITY RESOURCES

_____
_____
_____

### NUTRITION CARE INSTRUCTIONS

_____
_____
_____
_____

RN Signature _Jennifer Michael RN_
Date_____Time_____

Patient Signature:_____
Date_____Time_____

---

### PHYSICIAN SPECIAL CARE INSTRUCTIONS

O See Discharge medication instructions.

O See Pre-printed Physician Discharge Instructions

**Bathing Allowed**   O No restrictions
O Shower      O Tub Bath      O Sponge Bath

**Activity Allowed**   O No Restrictions
O Sitting   O Driving   O Stairs   O Exercise
O Sexual Activity
O Weight Bearing Status _____
O Do Not Lift Over _____ pounds

**May Return to Work**_____

**Diet:** O As Tolerated
O _____

**Other Instructions:**

_____
_____
_____
_____

Keep vaccine and medication records up to date

### APPOINTMENTS / OUTPATIENT SERVICES
It is <u>very important</u> for you to make / keep the following appointment(s) with your doctor:

_Keep any scheduled appointments_

_____
_____

Physician Signature: _T. Klee_
Date _2/24/12_ _____Time_____

---

**SUSQUEHANNA HEALTH**
[] Divine Providence Hospital  [] Muncy Valley Hospital
[] Williamsport Hospital

**Discharge Instructions- Physician Plan of Care**
Page 1 of 1

Furnari, Christophe   6045821516
MR  224129          04/30/1924
DOS 02/24/2012     Adm  IP
Burke, Thomas V, MD    87Y  M



F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

'DS0111'




M. Poranda, PA-C
FCI Allenwood
2/27/12

00 15 11 010 #5266
Rev 6/08 barcode rev 3/09

19815-054

## Allergies

| List medication, dose, frequency and method of administration (if other than by mouth). *Keep personal immunization and medication records up to date* | Time of Last Dose | Comments |
|---|---|---|
| Albuterol MDI 2 puffs qid | | |
| Combivent 2 puffs qid | | |
| Colace 100 mg bid | | |
| Cardura 4 mg h.s. | | |
| Ranitidine 150 mg bid | | |
| Proscar 5 mg daily | | |
| Imdur 30 mg bid | | |
| Prinivil 20 mg daily | | |
| Toprol 25 mg bid | | |
| Simvastatin 40 mg h.s. | | |
| Fluticasone 2 puffs bid | | |
| | | |
| | | |
| Repeat BMP next week to follow BUN/creatinine 76/1.35 | | |

Physician T. Le

Date 2/27/12

Discussed with patient the importance of maintaining a current list of medications
Personal Medication Record given
Medication education needs met
Instructions discussed with patient. Patient verbalizes understanding
Patient unable to sign or verbalize understanding. Reason
Form placed in sealed envelope and sent with Correctional Officer/Attendant

AFTER REVIEW AND DISCUSSION, PATIENT/SIGNIFICANT OTHER VERBALIZES UNDERSTANDING OF DISCHARGE INSTRUCTIONS AND RECEIVES A SIGNED COPY.

Signatures: Patient/Other
RN Jenny McIlrath RN

M. Pojanda, PA-C
FCI Allenwood
2/27/12

**SUSQUEHANNA HEALTH**
[] Divine Providence Hospital [] Muncy Valley Hospital
[] Williamsport Hospital

**Discharge Instructions- MEDICATIONS**

Page 1 of 1

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

Furnari, Christophe
MR 224129 6045821516
DOS 02/24/2012 04/30/1924
Adm IP
Burke, Thomas V, MD 87Y M

DS0111

COPY

19815-054

# Discharge Medication Instructions

Pt. Name:  Furnari, Christopher A

NursingUnit:      6E

MR#      224129

DOB      04/30/1924   **Attending Doctor**      Burke Thomas V

**Primary Care Doctor**      Allenwood Dr

Allergies:      No Known Drug Allergies

**\*\*\*\*Continue medications listed below - do not continue medications that are crossed off**
**Discard any medications at home that are not on this list**

| Current Medication | Dose | Route | Frequency | Next dose due | What drug is for or | Comments | New Med |
|---|---|---|---|---|---|---|---|
| ALBUTEROL HFA (VENTOLIN HFA) | 180MCG | INHALATION | FOUR TIMES A DAY | | | | |
| ALBUTEROL/IPRATROPIUM (COMBIVENT) | 2PUFF | INHALATION | FOUR TIMES A DAY | | | | |
| AMIODARONE 150 MG/100 ML (NEXTERONE 150 MG/100 ML) | 100 ML | INTRAVENOUS | ONE TIME AS NEEDED FOR PERSISTENT V-TACH DESPITE LIDO | | | | |
| ASPIRIN BABY | 81MG | BY MOUTH | ONCE DAILY | | | | |
| ATROPINE | 0.5MG | INTRAVENOUS | AS NEEDED FOR HR<60, SYMPTOMATIC HYPOTENSION | | | | |
| DEXTROSE 5% WATER (NON-DEHP) (D5W (NON-DEHP)) | 500 ML | INTRAVENOUS | | | | | |
| AMIODARONE IV (CORDARONE IV) | 600 MG | | AS NEEDED FOR PERSISTENT V-TACH DESPITE LIDO | | | | |
| DOCUSATE NA (COLACE) | 100MG | BY MOUTH | TWICE A DAY | | | | |
| DOXAZOSIN* (CARDURA*) | 4MG | BY MOUTH | AT BEDTIME | | | | |
| FAMOTIDINE (PEPCID) | 20MG | BY MOUTH | TWICE A DAY | | | | |
| FINASTERIDE (PROSCAR) | 5MG | BY MOUTH | ONCE DAILY | | | | |
| FONDAPARINUX (ARIXTRA) | 2.5MG | SUBCUTANEOUS | EVERY 24 HOURS | | | | |
| ISOSORBIDE MONONITRATE (IMDUR) | 30MG | BY MOUTH | TWICE A DAY | | | | |
| LIDOCAINE 2% (LIDOCAINE 2% (ABBOJECT)) | 100MG | INTRAVENOUS | AS NEEDED FOR 20 BEATS OF SUST VT >/=120 | | | | |

RN:_____   Date:_____   Time:_____

*I have reconciled current patient medications with the home medication list*
Physician:_____   Date:_____   Time:_____

SUSQUEHANNA HEALTH

___Divine Providence Hospital ___Muncy Valley Hospital___The Williamsport Hospital

**Discharge Medication Instructions**

M. Powanda, PA-C
FCC Allenwood
2/27/11

Print Date/Time:      2/24/2012   2:48 pm   F.C.I. Allenwood   Page 1 of 3
P.O. Box 2500
White Deer, PA 17887

697

19815-054

# Discharge Medication Instructions

**Pt. Name:** Furnari, Christopher A

**DOB** 04/30/1924   **Attending Doctor**   Burke Thomas V

**NursingUnit:** 6E

**MR#** 224129

**Primary Care Doctor**   Allenwood Dr

**Allergies:**   No Known Drug Allergies

****Continue medications listed below - do not continue medications that are crossed off
Discard any medications at home that are not on this list

| Current Medication | Dose | Route | Frequency | Next dose due | What drug is for or | Comments | New Med |
|---|---|---|---|---|---|---|---|
| LIDOCAINE/5% DEXTROSE (LIDOCAINE 1 GM/D5W 250ML) | 250 ML | INTRAVENOUS | AS NEEDED FOR 20 BEATS OF SUST VT >/=120 | | | | |
| LISINOPRIL* (PRINIVIL*) | 20MG | BY MOUTH | ONCE DAILY | | | | |
| METOPROLOL TARTRATE* (LOPRESSOR*) | 25MG | BY MOUTH | TWICE A DAY | | | | |
| MOMETASONE 220 MCG (ASMANEX 220 MCG) | 440MCG | INHALATION | EVERY EVENING | | | | |
| morphine (MORPHINE*) | 2MG | INTRAVENOUS | AS NEEDED FOR CHEST PAIN | | | | |
| SIMVASTATIN (ZOCOR) | 40MG | BY MOUTH | AT BEDTIME | | | | |
| SODIUM CHLORIDE 0.9% (FS) (NSS (FS)) | 500 ML | INTRAVENOUS | AS NEEDED FOR SBP < 100 | | | | |
| TITRATE DRIP | TITRATE | INTRAVENOUS | AS NEEDED FOR LIDOCAINE | | | | |
| TITRATE DRIP | TITRATE | INTRAVENOUS | AS NEEDED FOR AMIODARONE | | | | |

RN: _____   Date: _____   Time: _____

*I have reconciled current patient medications with the home medication list*

Physician: _____   Date: _____   Time: _____

**SUSQUEHANNA HEALTH**

____Divine Providence Hospital   ____Muncy Valley Hospital   ____The Williamsport Hospital

**Discharge Medication Instructions**

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA  17887

M. Po...da, PA-C
FCC Allenwood

**Print Date/Time:**   2/24/2012   2:48 pm

# Discharge Medication Instructions

19815-054

**Pt. Name:** Furnari, Christopher A    **NursingUnit:** 6E    **MR#** 224129

**DOB** 04/30/1924    **Attending Doctor** Burke Thomas V    **Primary Care Doctor** Allenwood Dr

**Allergies:** No Known Drug Allergies

| Current Medication | Dose | Route | Frequency | Next dose due | What drug is fo | Comments | New Med |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Check All That Apply:**

_____ Discussed with patient the importance of maintaining a current list of medications

_____ Discussed with patient the need to discard any medications at home that are no longer being continued

_____ Personal Medications Record given

_____ Medication Education needs met

_____ Instructions discussed with patient.  Patient verbalized understanding

_____ Patient Unable to sign or verbalize understanding. Reason_____

_____ Form placed in a sealed envelope and sent with Correctional Officer/Attendant

Flu Vaccine ReceivedOn:_____

Patient/Responsible Party Signature_____    Pneumococcal Vaccine Received On:_____

Date/Time:_____

## End Of Patient Report

Place Original Document in permenant record_____

Attach copy to discharge instruction or transfer/referral form_____

Provide copy to primary care physician_____

Attach a copy to phone call/follow-up paperwork_____

RN:_____    Date:_____    Time:_____

*I have reconciled current patient medications with the home medication list*

Physician:_____    Date:_____    Time:_____

SUSQUEHANNA HEALTH

___Divine Providence Hospital ___ Muncy Valley Hospital ___ The Williamsport Hospital

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA  17887

M. Pfundook, PA-C
FCI Allenwood
2/27/12

## Discharge Medication Instructions

**Print Date/Time:** 2/24/2012    2:48 pm      Page 3 of 3

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FURNARI, CHRISTOPHER | | | Reg #: | 19815-054 |
| Date of Birth: | 04/30/1924 | Sex: | M | Race: | WHITE |
| Scanned Date: | 02/27/2012 14:35 | | | Facility: | ALM |

Reviewed by Miller, Jay MD on 02/28/2012 12:02.

COPY

Turner, Christopher

2/24/2012        7:31:10 AM

2/24/12  1° AV block
Baseline indeterminate
FCCC appear similar to 3/24/11 EKG

D. LEONARD, MD

FEB 24 2012

FCC ALLENWOOD

F.C.I. Allenwood
P.O. Box 2500
White Deer, PA 17887

| Rate | 82 |
| PR | 220 |
| QRSD | 87 |
| QT | 392 |
| QTc | 458 |

--AXIS--
| P | 57 |
| QRS | 40 |
| T | 66 |

Leads: I, II, III, aVR, aVL, aVF, V1, V2, V3, V4, V5, V6

Dev:

Speed: 25 mm/sec    Limb: 10 mm/mV    Chest: 10 mm/mV

PHILIPS

60~ 0.15-150 Hz

PF808      PP

REORDER M3707A

508



UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES PAROLE COMMISSION

Christopher Furnari
Reg. No. 19815-054
FCI Allenwood
Hearing Date: October 26, 2011

NATIONAL APPEAL OF CHRISTOPHER FURNARI

Flora Edwards, Esq.
115 Broadway - Suite 1505
New York, New York 10006
212-785-3344
*Attorney for Christopher Furnari*

# TABLE OF CONTENTS

Page

PRELIMINARY STATEMENT ................................................... 1

PROCEDURAL HISTORY ...................................................... 1

ISSUES ON APPEAL ......................................................... 4

POINT I     FURNARI'S ADVANCED AGE AND FAILING HEALTH
            CONSTITUTE COMPELLING REASONS WHY A MORE
            LENIENT DECISION SHOULD BE RENDERED ON
            GROUNDS OF COMPASSION (28 C.F.R §§2.26(e)(3)(7). ............. 4

POINT II    THERE IS NO RATIONAL BASIS FOR THE CONCLUSION
            THAT GRANTING FURNARI PAROLE AFTER 25 YEARS
            IMPRISONMENT MINIMIZES THE SERIOUSNESS OF THE
            OFFENSE AND PROMOTES A DISRESPECT FOR THE LAW
            C.F.R. §2.26(e)(3)) ...................................................... 7

POINT III   THE ORDER OF A RECONSIDERATION HEARING 2026
            THIRTEEN YEARS AFTER THE LIFE OF THE COMMISSION
            HAD EXPIRED VIOLATES TITLE 18U.S.C.A. §§ 4206
            (C.F.R.§§2.26(e)(5) ................................................... 12

CONCLUSION ........................................................... 14

NATIONAL APPEAL OF CHRISTOPHER FURNARI

PRELIMINARY STATEMENT

Christopher Furnari appeals from the adverse decision of the Notice of Action dated January 20, 2012 (Exhibit A).    This appeal is timely filed pursuant to 28 C.F.R. §2.27(a).

PROCEDURAL HISTORY

On January 13, 1987, Christopher Furnari was sentenced  by Judge Owen, sitting in the Southern District of New York  to 100 years in prison, following his conviction,  not as a principal, but as an aider and abettor in a bid-rigging scheme.

On December 3, 1996 Mr. Furnari had his initial parole hearing at FCI Allenwood. On January 8, 1997 a notice of action issued ordering continuation "to a 15 year reconsideration hearing (December, 2011)".   Following the decision of the United States Court of Appeals for the Third Circuit, *Furnari v. Warden, Allenwood Federal Correctional Institution* 218 F.3d 250,252 (3d Cir. 2000), the Parole Commission issued a Notice of Action to reopen and schedule a *de novo* hearing.   On January 2, 2001, following a *de novo* hearing, the Parole   Commission issued a  Notice of Action ordering continuation "to a 15 year reconsideration hearing (December, 2011)".

On April 25,  2001, the National Appeals Board affirmed its prior decision.   On June 8, 2005,  Furnari had an interim hearing at which new evidence was presented.   On July 8,

1

2005, the Commission issued a Notice of Action   ordering continuation "to a 15 year reconsideration hearing (December, 2011)" .  On September 19, 2005 Furnari appealed to the USPC National  Appeals Board.      On November 23, 2005 the appeal was denied. Furnari filed for a writ of habeas corpus, pursuant to 28 U.S.C.§2241 on February 15, 2006. The Petition was denied on June 20, 2007.  His appeal to the U.S. Court of Appeals for the Third Circuit was denied on July 9, 2008. *Furnari v. U.S. Parole Com'n*, 531 F.3d 241 (3d Cir. 2008).

On October 27, 2009 Furnari had an interim hearing at which new evidence regarding his deteriorating health was presented.  On December 22, 2009,  the Commission issued a Notice of Action   ordering continuation "to a 15 year reconsideration hearing (December, 2011)".

On October 26, 2011 a 15-year Reconsideration Hearing was held at which the hearing examiner recommended parole effective January 12, 2012. A copy of the Hearing Examiner's recommendation is annexed hereto as Exhibit B.  The basis for the Hearing Examiner's recommendation is set forth in his evaluation as follows:

> Christopher Furnari is an 87 year old male offender appearing before the Commission for a 15-Year Reconsideration Hearing. He was a [*sic* capo] in the Lucchese [*sic* Crime] Family which was involved in murders, extortion and racketeering.  It should be noted that he was convicted of Extortion, Racketeering, and Conspiracy to Commit Racketeering which involved murders that he may have known about but did not participate in. Hence the Category Eight rating of his offense.  The subject has

2