UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------x

CHRISTOPHER FURNARI,                     :

                                         :        **FILED ELECTRONICALLY**

                        *Petitioner,*    :

                                         :

        *-against-*                      : *Civil Action No.*  3:12-CIV 02378 (WJN)(DB)

                                         :

UNITED STATES PAROLE COMMISSION          :
and WARDEN, Federal Correctional Institution:        CERTIFICATE OF SERVICE
at Allenwood, Pennsylvania,              :

                                         :

                        *Respondents.*   :

---------------------------------------------------------------x


        FLORA EDWARDS, certifies the following under penalty of perjury:

        I am an attorney at law duly admitted to practice in the State of New York and admitted pro hac vice to court.  On February 11, 2013,  I served the within Motion for an Enlargement of Time, Proposed Order and Certificate of Concurrence via the Court's Electronic Case Filing system ("ECF") and that AUSA Melissa Swauger and AUSA Michael E. Morrison are filing users under the ECF system.  Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case.  Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

Addressees:

melissa.swauger@usdoj.gov

Mark.E.Morrison@usdoj.gov


                                        /s/ *Flora Edwards*
                                        Flora Edwards